Michael D. Flynn, Jr., Esq.
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for HAYAO SUEHIRO

FILED
DISTRICT COURT OF GUAM
JUN 26 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| HAYAO SUEHIRO, | CIVIL CASE NO. CIV 07-00017 |
| Plaintiff, | |
| vs. | MOTION FOR ORDER FOR PRELIMINARY INJUNCTION |
| ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO, | [ORAL ARGUMENT REQUESTED] |
| Defendants. | |

TO: Plaintiffs Robert J. Del Rosario, Melanie Del Rosario, and Clerk of Court, U.S. District Court of Guam.

This motion is made pursuant to Rule 65 of the Federal Rules of Civil Procedure and is based on the Memorandum of Points and Authorities and Complaint on Promissory Note and Application for Preliminary Injunction, filed contemporaneously herewith, together with any and all arguments to be adduced at the hearing of the within entitled motion.

Respectfully submitted this 26th day of June, 2007.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for HAYAO SUEHIRO

By: _____
MICHAEL D. FLYNN, JR., ESQ.