AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
JUL 02 2007
MARY L.M. MORAN
CLERK OF COURT

Hayao Suehiro,

V.

Robert J. Del Rosario and
Melanie Del Rosario

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **07-00017**

TO: (Name and address of Defendant)

Robert J. Del Rosario
Dededo, Guam

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael D. Flynn, Jr., Esq.
MAHER YANZA FLYNN TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
**Clerk Of Court**

CLERK

(By) DEPUTY CLERK

DATE   JUN 26 2007

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-27-07 |
| NAME OF SERVER (PRINT) Antonio B. Quichocho | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: EWRA E. EDU

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-02-07  _____
                 Date         Signature of Server

         132 Legazpi Rd, Barrigada
         _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.