ANTONIO B. QUICHOCHO, JR.
PO BOX 20904
BARRIGADA, GUAM 96921
TEL: 671-898-5478

FILED
DISTRICT COURT OF GUAM
JUL 02 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
OF GUAM

| | |
|---|---|
| HAYAO SUEHIRO, | CASE NO.: CV 07-00017 |
| Plaintiff, | DECLARATION OF SERVICE |
| vs. | |
| ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO, | |
| Defendants. | |

I, Antonio B. Quichocho, Jr. declare that I am a licensed process server hired by MAHER·YANZA· FLYNN·TIMBLIN, LLP and not a party in the aforementioned case, hereby state that on June 27, 2007, I caused ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO to be served with the Documents listed below, by service at their residence located at 110 Calamendo Loop, Liguan Terrace Dededo, Guam 96929. Although the individuals identified above were not present at the time, an individual identified as Flora E. Edu who appeared to be over the age of eighteen (18) years of age or older acknowledged receipt in this matter.

### DOCUMENTS SERVED

1. MOTION FOR ORDER FOR PRELIMINARY INJUNCTION [ORAL ARGUMENT REQUESTED]

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on 7-2-07.

ANTONIO B. QUICHOCHO, JR.

ORIGINAL