Michael D. Flynn, Jr., Esq.
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for HAYAO SUEHIRO

**FILED**
DISTRICT COURT OF GUAM
JUL 19 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| HAYAO SUEHIRO, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO, <br><br> Defendants. | CIVIL CASE NO. CIV07-00017 <br><br> **PLAINTIFF HAYAO SUEHIRO'S REQUEST FOR ENTRY OF DEFAULT** |

**TO THE CLERK OF THE U.S. DISTRICT COURT OF GUAM:**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, you will please enter the default of Defendants ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO, for failure to plead or otherwise defend, as supported by the records and files in this case and the Federal Rules of Civil Procedure.

As indicated by the two Summons and the Declaration of Service, filed on July 2, 2007, personal service was made on both Defendants, on June 27, 2007.

More than twenty (20) days have passed since June 27, 2007 and no Answer has been served on the Plaintiff.

ORIGINAL

To the best of Plaintiff's and Plaintiff's counsel's knowledge and belief, neither Defendant is a member in the armed services of the United States.

Respectfully submitted this 19th day of July, 2007.

            **MAHER • YANZA • FLYNN • TIMBLIN, LLP**
            Attorneys for **HAYAO SUEHIRO**

By: _____
      MICHAEL D. FLYNN, JR., ESQ.