1 | Michael D. Flynn, Jr., Esq.

**MAHER · YANZA · FLYNN · TIMBLIN, LLP**

2 | 115 Hesler Place, Ground Floor

**Governor Joseph Flores Building**

3 | Hagåtña, Guam 96910

4 | Telephone No.: (671) 477-7059

Facsimile No.: (671) 472-5487

5

**Attorneys for HAYAO SUEHIRO**

6



**FILED**

DISTRICT COURT OF GUAM

JUL 2 3 2007

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| HAYAO SUEHIRO, | CIVIL CASE NO. CIV07-00017 |
| Plaintiff, | |
| vs. | CLERK'S ENTRY OF DEFAULT |
| ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO, | |
| Defendants. | |

It appearing from the record of this case that Defendants ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, default is hereby entered against Defendants ROBERT DEL ROSARIO and MELANIE DEL ROSARIO and in favor of Plaintiff HAYAO SUEHIRO, pursuant to the provisions of Federal Rules of Civil Procedure, Rule 55(a).

MARY LM. MORAN
CLERK OF COURT
U.S. DISTRICT COURT OF GUAM

July 23, 2007

Dated: **RECEIVED**

JUL 19 2007

DISTRICT COURT OF GUAM
HAGATNA, GUAM

By: _____
Deputy Clerk



ORIGINAL