Michael D. Flynn, Jr., Esq.
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for HAYAO SUEHIRO

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| HAYAO SUEHIRO, | ) CIVIL CASE NO. CIV07-00017 |
| Plaintiff, | ) |
| vs. | ) AFFIDAVIT OF MICHAEL D. FLYNN, ) JR.; REQUEST FOR HEARING AND |
| ROBERT J. DEL ROSARIO, MELANIE DEL ROSARIO, | ) DEFAULT JUDGMENT ) |
| Defendants. | ) ) |

Hagåtña, Guam     )  ss:

I, **MICHAEL D. FLYNN, JR.**, having been first duly sworn, hereby depose and declare, as follows:

1.  I am an attorney with MAHER • YANZA • FLYNN • TIMBLIN, LLP, a limited liability partnership, counsel for Plaintiff HAYAO SUEHIRO in this action, and duly licensed to practice before the above-entitled Court.

2.  Defendant Robert J. Del Rosario received the May 4, 2007 dated Notice of Delinquency and Default, attached as Exhibit 6 to the Complaint, on May 5, 2007, as stated in the true and correct copy of

1

ORIGINAL

the United States Postal Service certified mail, return receipt, attached hereto, as Exhibit "1", and incorporated by reference herein.

3.  On or about July 16, 2007, Defendant Melanie Del Rosario delivered a letter, bearing her signature, to my law office, addressed to Terrence Timblin, a partner at my office, in which letter she referenced the Promissory Note of $100,000, admitting, on behalf of her husband, Robert J. Del Rosario, that principal of $100,000 and interest were due and owing on the Promissory Note. A true and correct copy of the above-referenced letter is attached hereto, as Exhibit "2", and incorporated by reference herein.

4.  Defendants owe Plaintiff principal on the Promissory Note in the sum of $100,000.00, as set forth in Plaintiff's Complaint and the Promissory Note.

5.  Defendants owe Plaintiff prejudgment interest of one percent (1%) per month, compounded monthly, from February 18, 2003 to May 15, 2007 (i.e., an amount totaling $64,354.63), and two percent (2%) per month, compounded monthly, from May 16, 2007 to the date of Judgment, pursuant to Plaintiff's Complaint, the Promissory Note and the computation attached hereto, as Exhibit "3", and incorporated by reference herein.

6.  Plaintiff's attorney ordinarily bills at $200.00 per hour. Plaintiff entered into a contingency fee agreement with Plaintiff's attorney in which Plaintiff's attorney is entitled to thirty-three and one-third percent $(33^1/_3\%)$ of any amounts recovered on the Promissory Note. From the period from June 15, 2007 until April 24, 2007, Plaintiff's attorney has

1
2
3

spent a total of 71.9 hours on this collection matter, as set forth in the invoices attached hereto, as Exhibit "4", and incorporated by reference herein.

4
5
6
7

7.  Plaintiff is entitled to attorney's fees of $33^1/_3\%$ of any amounts recovered on the Promissory Note or, in the alternative, to attorney's fees of $14,380.00 (i.e., $200/hour x 71.9 hours), pursuant to the Complaint, the Promissory Note and Exhibit 4.

8
9
10

8.  Plaintiff is entitled to costs of $795.90 in connection with the collection of the indebtedness on the Promissory Note, pursuant to the Complaint, the Promissory Note and Exhibit 4.

11
12
13
14
15
16
17

9.  The Department of Revenue and Taxation, Government of Guam has certified that Plaintiff possesses a first and prior security interest in settlement funds deposited by Japan Airlines Co., Ltd. with the Clerk of Court in District Court of Guam, Civil Case No. CIV04-00028, pursuant to the Complaint. A true and correct copy of the above-referenced certification from the Department of Revenue and Taxation is attached hereto, as Exhibit "5", and incorporated by reference herein.

18
19

10. Plaintiff is entitled to statutory interest of six percent (6%) from the date of judgment.

20
21

11. A default has been entered against the Defendants by the Clerk of Court on July 23, 2007.

22
23

12. Plaintiff's claim is for a sum certain or for a sum which can by computation be made certain.

24
25

3

13. Plaintiff requests that the Court enter a default judgment against the Defendants, jointly and severally, as provided by the Federal Rules of Civil Procedure 55(b)(1), as follows:

   a) Damages in the sum of $100,000.00;

   b) Prejudgment interest of one percent (1%) per month, compounded monthly, from February 18, 2003 to May 15, 2007 (i.e., an amount totaling $64,354.63), and two percent (2%) per month, compounded monthly, from May 16, 2007 to the date of Judgment;

   c) Attorney's fees of $14,380.00;

   d) Costs of $795.90 in connection with the collection of the indebtedness on the Promissory Note;

   e) Plaintiff is granted a first and prior security interest in any settlement funds deposited by Japan Airlines Co., Ltd. with the Clerk of Court in District Court of Guam, Civil Case No. CIV04-00028;

   f) The Clerk of Court is ordered to first and immediately pay the Plaintiff and attempt to fully satisfy the Defendants' indebtedness to Plaintiff by disbursing to Plaintiff any and all settlement funds deposited with the Clerk of Court under District Court of Guam, Civil Case No. CIV04-00028, immediately upon receiving said settlement funds;

   g) Plaintiff is granted judgment against the Defendants, jointly and severally, for any deficiency in the settlement funds deposited with the Clerk of Court, under District Court of Guam, Civil Case No. CIV04-00028, should said settlement funds be insufficient to satisfy

4

1 | Robert J. Del Rosario's debt, plus interest, costs and reasonable

2 | attorney's fees; and

3 | h) Costs of suit.

4 | Further affiant sayeth naught.

_____

**MICHAEL D. FLYNN, JR.**

SUBSCRIBED AND SWORN to before this 25th day of July, 2007, by MICHAEL
D. FLYNN, JR.

_____

Notary Public

```
VALERIE A.M. ESPLANA
NOTARY PUBLIC
IN AND FOR GUAM, U.S.A.
MY COMMISSION EXPIRES: NOV. 25, 2007
P. O. BOX 5364   HAGÅTÑA, GUAM  96932
```

5

MAHER YANZA FLYNN TIMBLIN, LLP

TERRENCE E. TIMBLIN
115 Hesler Place, Ground Floor
Governor Joseph Flores Blg.
Hagatna Guam, 96910-5004

Attorney for:
Mr. Hayao Suehiro

### RE:  **PROMISSORY NOTE OF $100,000**.

Dear Atty. Timblin:

This is in response to your letter of June 20, 2007. And as I recall this amount will be paid upon receipt of the settlement of $100,000 plus interest, from the proceeds of my claim with Japan Airlines International Co., Ltd.. At present time, it is still pending because of my Appeal at the 9th Circuit Court of Appeals in San Francisco, California. This is now being handled by Attorney Howard Trapp. I hope you understand of this situation I am in.

Besides that, the background of the case is that, I did not accept the settlement that was offered to me of $175,000. My counsel at that time, Atty. William Gavras arranged a settlement without my permission as agreed in our Attorney/Client Contract. It should have been consulted to me before he finalized the settlement. This is where our disagreement came about.

I would also like to ask an apology for the delay and I ask for a little bit more time to conclude this matter and I will be back to you. To pressure me for the payment this time is very difficult for me to do. I am still waiting for the result of my pending Appeal.

To write this correspondence is through the efforts of my wife, Leilani Del Rosario and I ask her to sign it for me. I will be back as soon as I finished my commitment here in the Philippines.

Thank you and best regards.

For:

*Mефи*  For Robert J. del Rosario  7/16/07
_____
Robert J. Del Rosario

File7/20/72-01

RECEIVED
MAHER • YANZA • FLYNN • TIMBLIN, LLP
Date: 7/16/07
By: ____



| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
  Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by ( *Printed Name*)    C. Date of Delivery
  5~5 ~07

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

Mr. Robert Del Rosario

110 Calamendo Loop
Liguan Terrace
Dededo, Guam  96929

3. Service Type
  ☒ Certified Mail    ☐ Express Mail
  ☐ Registered        ☒ Return Receipt for Merchandise
  ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*      ☐ Yes

2. Article Number
   *(Transfer from service label)*        7002 0460 0002 3370 3032

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**Exhibit**

Maker: Robert J. Del Rosario
Promises to pay Hayao Suehiro $100,000.00
Rate: 1% per month compounded monthly
On the 24th month (2/18/05), Principal Balance is due together with accrued interest

**Status-- Delinquent**
**Principal and interest**
**2% per month compounded monthly, -- Started 5/16/07 (following Notice to Del Rosario)**

| Date | Principal | Rate | Total Interest | Principal plus Interest |
|------|-----------|------|----------------|--------------------------|
| 3/18/2003 | 100,000.00 | 1% | 1,000.00 | 101,000.00 |
| 4/18/2003 | 101,000.00 | 1% | 1,010.00 | 102,010.00 |
| 5/18/2003 | 102,010.00 | 1% | 1,020.10 | 103,030.10 |
| 6/18/2003 | 103,030.10 | 1% | 1,030.30 | 104,060.40 |
| 7/18/2003 | 104,060.40 | 1% | 1,040.60 | 105,101.01 |
| 8/18/2003 | 105,101.01 | 1% | 1,051.01 | 106,152.02 |
| 9/18/2003 | 106,152.02 | 1% | 1,061.52 | 107,213.54 |
| 10/18/2003 | 107,213.54 | 1% | 1,072.14 | 108,285.67 |
| 11/18/2003 | 108,285.67 | 1% | 1,082.86 | 109,368.53 |
| 12/18/2003 | 109,368.53 | 1% | 1,093.69 | 110,462.21 |
| 1/18/2004 | 110,462.21 | 1% | 1,104.62 | 111,566.83 |
| 2/18/2004 | 111,566.83 | 1% | 1,115.67 | 112,682.50 |
| 3/18/2004 | 112,682.50 | 1% | 1,126.83 | 113,809.33 |
| 4/18/2004 | 113,809.33 | 1% | 1,138.09 | 114,947.42 |
| 5/18/2004 | 114,947.42 | 1% | 1,149.47 | 116,096.90 |
| 6/18/2004 | 116,096.90 | 1% | 1,160.97 | 117,257.86 |
| 7/18/2004 | 117,257.86 | 1% | 1,172.58 | 118,430.44 |
| 8/18/2004 | 118,430.44 | 1% | 1,184.30 | 119,614.75 |
| 9/18/2004 | 119,614.75 | 1% | 1,196.15 | 120,810.90 |
| 10/18/2004 | 120,810.90 | 1% | 1,208.11 | 122,019.00 |
| 11/18/2004 | 122,019.00 | 1% | 1,220.19 | 123,239.19 |
| 12/18/2004 | 123,239.19 | 1% | 1,232.39 | 124,471.59 |
| 1/18/2005 | 124,471.59 | 1% | 1,244.72 | 125,716.30 |
| 2/18/2005 | 125,716.30 | 1% | 1,257.16 | 126,973.46 |
| 3/18/2005 | 126,973.46 | 1% | 1,269.73 | 128,243.20 |
| 4/18/2005 | 128,243.20 | 1% | 1,282.43 | 129,525.63 |
| 5/18/2005 | 129,525.63 | 1% | 1,295.26 | 130,820.89 |
| 6/18/2005 | 130,820.89 | 1% | 1,308.21 | 132,129.10 |
| 7/18/2005 | 132,129.10 | 1% | 1,321.29 | 133,450.39 |
| 8/18/2005 | 133,450.39 | 1% | 1,334.50 | 134,784.89 |
| 9/18/2005 | 134,784.89 | 1% | 1,347.85 | 136,132.74 |
| 10/18/2005 | 136,132.74 | 1% | 1,361.33 | 137,494.07 |
| 11/18/2005 | 137,494.07 | 1% | 1,374.94 | 138,869.01 |

Exhibit

| Date | Balance | Rate | Interest | Payment | New Balance |
|---|---|---|---|---|---|
| 12/18/2005 | 138,869.01 | 1% | 1,388.69 | | 140,257.70 |
| 1/18/2006 | 140,257.70 | 1% | 1,402.58 | | 141,660.28 |
| 2/18/2006 | 141,660.28 | 1% | 1,416.60 | | 143,076.88 |
| 3/18/2006 | 143,076.88 | 1% | 1,430.77 | | 144,507.65 |
| 4/18/2006 | 144,507.65 | 1% | 1,445.08 | | 145,952.72 |
| 5/18/2006 | 145,952.72 | 1% | 1,459.53 | | 147,412.25 |
| 6/18/2006 | 147,412.25 | 1% | 1,474.12 | | 148,886.37 |
| 7/18/2006 | 148,886.37 | 1% | 1,488.86 | | 150,375.24 |
| 8/18/2006 | 150,375.24 | 1% | 1,503.75 | | 151,878.99 |
| 9/18/2006 | 151,878.99 | 1% | 1,518.79 | | 153,397.78 |
| 10/18/2006 | 153,397.78 | 1% | 1,533.98 | | 154,931.76 |
| 11/18/2006 | 154,931.76 | 1% | 1,549.32 | | 156,481.07 |
| 12/18/2006 | 156,481.07 | 1% | 1,564.81 | | 158,045.89 |
| 1/18/2007 | 158,045.89 | 1% | 1,580.46 | | 159,626.34 |
| 2/18/2007 | 159,626.34 | 1% | 1,596.26 | | 161,222.61 |
| 3/18/2007 | 161,222.61 | 1% | 1,612.23 | | 162,834.83 |
| 4/18/2007 | 162,834.83 | 1% | 1,628.35 | 1,519.79 | 164,354.63 |
| 5/16/2007 | 164,354.63 | 2% | 3,287.09 | | 167,641.72 |
| 6/16/2007 | 167,641.72 | 2% | 3,352.83 | | 170,994.55 |
| 7/16/2007 | 170,994.55 | 2% | 3,419.89 | | 174,414.44 |
| 7/17/2007 | 174,414.44 | 2% | 3,488.29 | 116.28 | 174,530.72 |
| 7/18/2007 | 174,530.72 | | | | |
| 7/19/2007 | 174,647.00 | | | | |
| 7/20/2007 | 174,763.27 | | | | |
| 7/21/2007 | 174,879.55 | | | | |
| 7/22/2007 | 174,995.83 | | | | |
| 7/23/2007 | 175,112.10 | | | | |
| 7/24/2007 | 175,228.38 | | | | |
| 7/25/2007 | 175,344.65 | | | | |
| 7/26/2007 | 175,460.93 | | | | |
| 7/27/2007 | 175,577.21 | | | | |
| 7/28/2007 | 175,693.48 | | | | |
| 7/29/2007 | 175,809.76 | | | | |
| 7/30/2007 | 175,926.04 | | | | |
| 7/31/2007 | 176,042.31 | | | | |
| 8/1/2007 | 176,158.59 | | | | |
| 8/2/2007 | 176,274.86 | | | | |
| 8/3/2007 | 176,391.14 | | | | |
| 8/4/2007 | 176,507.42 | | | | |
| 8/5/2007 | 176,623.69 | | | | |
| 8/6/2007 | 176,739.97 | | | | |

**Continuation-- Page 3**
**Maker:    Robert J. Del Rosario**
**Promises to pay Hayao Suehiro $100,000.00**
**Status-- Delinquent**

| | | | | |
|---|---|---|---|---|
| 8/7/2007 | 176,856.25 | | | |
| 8/8/2007 | 176,972.52 | | | |
| 8/9/2007 | 177,088.80 | | | |
| 8/10/2007 | 177,205.07 | | | |
| 8/11/2007 | 177,321.35 | | | |
| 8/12/2007 | 177,437.63 | | | |
| 8/13/2007 | 177,553.90 | | | |
| 8/14/2007 | 177,670.18 | | | |
| 8/15/2007 | 177,786.46 | | | |
| 8/16/2007 | 177,902.73 | | | |
| 8/17/2007 | 178,019.01 | 2% | 3,560.38 | 118.68 |
| 8/18/2007 | 178,137.69 | | | |

**Mr. Hayao Suehiro**
**Sankyo Seisakusho Co., Ltd.**
**Tsuzuki-ku, Ikebe Cho 3290**
**Yokohama City, JAPAN  224-0053**

## Collection of Promissory Note dated February 18, 2003

This matter listed above opened April 2007.  From April 2007 to June, 30, 2007,
Atty Flynn listed the following hours for work on the above matter.

|              | Hours |    | Hourly rate |    |           |
|--------------|-------|----|-------------|----|-----------|
| April 2007 -- | 22.10 | $  | 200.00      | $  | 4,420.00  |
| May 2007 --   | 47.70 | $  | 200.00      |    | 9,540.00  |
| June 2007 --  | 2.10  | $  | 200.00      |    | 420.00    |
|              | 71.90 |    |             |    | $ 14,380.00 |

During this same time, the items listed below are cost associated with the collection of the Promissory
Note dated February 18, 2003.

Date

| Date | Description | | Amount | | Total |
|------|-------------|--|--------|--|-------|
| 4/11/2007 | Filing Fee of UCC-1 paid to Treasurer of Guam via petty cash | | 3.00 | | |
| 4/24/2007 | Copy of Filed UCC-1 Form from Insurance Securities and Banking at Dept of Rev & Tax, paid via petty cash | | 1.00 | | |
| 4/30/2007 | Long distance Calls & Faxes for March & April 2007 | | 8.40 | | |
| 4/30/2007 | Courier runs for April 2007 | 2@$5.00 | 10.00 | | |
| 4/30/2007 | Photocopies done in office April 07 | 95@$.20 | 19.00 | | |
| 4/30/2007 | Postage for April 07 | | 1.41 | $ | 42.81 |
| 5/1/2007 | Westlaw research charges for April 2007 | | 63.93 | | |
| 5/3/2007 | Pacer Service charges from District Court from 4/09--5/03/07 | | 2.24 | | |
| 5/11/2007 | DHL Charges invoice #0028634040 | | 41.13 | | |
| 5/31/2007 | Postage for May 2007 | | 5.12 | | |
| 5/31/2007 | Photocopies done in office May 07 | 79@$.20 | 15.80 | | |
| 5/31/2007 | Courier runs for May 2007 | 1@$5.00 | 5.00 | | 133.22 |
| 6/1/2007 | Westlaw research charges May 2007 | | 63.82 | | |
| 6/26/2007 | Filing Fee for new Civil Case paid with ck#10327 | | 350.00 | | |
| 6/27/2007 | Process Service fees of Greg Hall, served Robert & Melanie Del Rosario, Summons/Complaint | | 130.00 | | |
| 6/30/2007 | Postage for June 2007 | | 8.65 | | |
| 6/30/2007 | Photocopies done in office June 2007 | 309@$.20 | 61.80 | | |
| 6/30/2007 | Long distance calls/faxes May & June 07 | | 5.60 | | 619.87 |
| | Total Cost incurred April - June 2007 | | | $ | 795.90 |

Exhibit

# MAHER · YANZA · FLYNN · TIMBLIN, LLP

John B. Maher
Louie J. Yanza

115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004
Telephone: (671) 477-7059
Facsimile: (671) 472-5487
Email: vernier@ite.net

Michael D. Flynn, Jr.
Terence E. Timblin

**Via Facsimile and Mail: 45-934-3931** *Did not fax ____*

July 12, 2007

Mr. Hayao Suehiro
Sankyo Seisakusho Co., Ltd.
Tsuzuki-ku, Ikebe Cho  3290
Yokohama City, Japan   224-0053

RE:     **Invoice and Statement of Account**
          *Collection of Promissory Note dated February 18, 2003*

Dear Mr. Suehiro:

I have enclosed for your review and file, the current invoice as well as the current statement of account reflecting current work performed as well as current expenses incurred, for the month ending June 30, 2007.

Please note that this is a collection matter and fees are earned on amounts collected. The cost incurred during this process are due when billed and are not a part of the collection fees. The current amount due is $795.90 in cost for April, May, and June 2007.

Should you have any questions or concerns, please feel free to call me.   Thank you for permitting us to handle this important legal matter for you.

Very truly yours,

**MAHER·YANZA·FLYNN·TIMBLIN, LLP**

Michael D. Flynn, Jr.

Enclosure

# Maher Yanza Flynn Timblin, LLP

115 Hesler Place
Gnd Fl, Gov Joseph Flores Bldg
Haganta GU 96910

Invoice submitted to:

June 30, 2007

**Mr. Hayao Suehiro**
**Sankyo Seisakusho Co., Ltd.**
**Tsuzuki-ku, Ikebe Cho 3290**
**Yokohama City, JAPAN 224-0053**

In Reference To: Collection of Promissory Note dated
February 18, 2003
Opened: 4/20/07
Invoice #18476

Professional services

|  | Hrs/Rate | Amount |
|---|---|---|
| 6/15/07 MDF Telecon with Suehiro-san's office; email with Tamio Clark | 0.30 | 0.00 |
| 6/22/07 MDF Telecon with Mr. Suehiro; email to Tamio Clark | 0.80 | 0.00 |
| 6/23/07 MDF Revisions to Pleadings | 1.00 | 0.00 |
| For professional services rendered | 2.10 | $0.00 |
| Additional charges: | | |
| 6/1/07 C Westlaw research charges May 2007 | 1 63.82 | 63.82 |
| 6/26/07 C Filing fee for New Civil Case, paid with check #10327 to District Court of Guam | 1 350.00 | 350.00 ✓ |

√ = copy attached

|  |  |  |  | Amount |
|---|---|---|---|---|
| 6/27/07 C | Process Service fees of Greg Hall Investigations, served Summons, Complaint, Motion for Order & Memorandum of Points on Robert Del Rosario & Melanie Del Rosario on 6/27/07 | 1<br>130.00 | | 130.00 ✓ |
| 6/30/07 C | Postage for June 07 mailings | 1<br>8.65 | | 8.65 |
| C | Photocopies done in office June 07 | 309<br>0.20 | | 61.80 |
| C | Long distance calls & faxes for May & June 07 | 1<br>5.60 | | 5.60 |
| | Total costs | | | $619.87 |
| | Total amount of this bill | | | $619.87 |
| | Previous balance | | | $176.03 |
| | Balance due | | | $795.90 |

✓ = copy attached

MAHER-YANZA-FLYNN-TIMBLIN, LLP
GENERAL ACCOUNT
115 HESSLER PLACE
FIRST FLOOR, GOV. JOSEPH FLORES BLDG.
HAGATNA, GU 96910

CITIZEN...ITY BANK
P.O... ...EO
HAGATNA, GU 89532

10327

101-521/1214
0

6/26/2007

PAY TO THE
ORDER OF    Clerk, District Court of Guam

**350.00

Three Hundred Fifty and 00/100*****************************

Clerk, District Court of Guam
520 West Soledad Avenue
Hagatna, GU  96910

MEMO  Filing Fee for New Civil Matter  re: Suehiro, Hay

⑆0⑈10327⑈  ⑆1214052121⑆  0110⑈

MAHER-YANZA-FLYNN-TIMBLIN, LLP
GENERAL ACCOUNT
Clerk, District Court of Guam

Filing Fee for New Civil C
re:  Suehiro, Hayao

General Operating    Filing Fee for New Civil Matter  re: Suehiro,

RECEIPT FOR PAYMENT
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Rcpt#: 31738              Date: 6/26/2007
                         Time: 4:08:59 PM

Received From:
    MAHER-YANZA-FLYNN-TIMBLIN, LLP
    115 HESSLER PLACE
    FIRST FLOOR, GOV. JOSEPH FLORES BLDG.
    HAGATNA, GU 96910

===================================

CV-07-00017
Suehiro v. Del Rosario et al
Party: Suehiro, Hayao
        Account                    Amount
--- ---- -----------        -------------------
New Civil Cases, except Habeas
Corpus/Certiorari 01
    086400                        100.00
    086900                         60.00
    510000                        190.00

                         ===================
TOTAL DUE.........:                350.00
                         ===================
TENDERED.........:
    Check.........:                350.00
    #10327  101-521/1214
                         -------------------
TOTAL RECEIVED...:                 350.00
                         -------------------
CHARGE DUE.......:                   0.00

Checks and drafts are accepted subject
to collection and full credit will only
be given when the check or draft has
been accepted by the financial
institution on which it was drawn.

6/26/07

## GREG HALL INVESTIGATIONS
Email:ghi@kuentos.guam.net

P.O. BOX 23964
BARRIGADA, GUAM 96921
Telephone: (671) 477-6000
Facsimile: (671) 477-6001
Cellular: (671) 483-1505

## INVOICE

### July 9, 2007

**VIA EMAIL**
Law Office of MAHER YANZA FLYNN TIMBLIN LLP
115 Hesler Place
Hagatna, Guam 96921

**RE: Hayao Suehiro V. Robert J. Del Rosario and Melanie Del Rosario**

| DATE | RATE | SERVICE PERFORMED | TIME | /AMOUNT |
|------|------|-------------------|------|---------|
| 6/27/07 | 65 | Served: Robert Del Rosario | flat | 65.00 |
| 6/27/07 | 65 | Served: Melanie Del Rosario | flat | 65.00 |

### TOTAL AMOUNT DUE $130.00

The following documents were served on Robert & Melanie Del Rosario:

1. Summons;
2. Complaint;
3. Motion for Order for Preliminary Injunction; and
4. Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction.

6/27/07

# MAHER · YANZA · FLYNN · TIMBLIN, LLP

John B. Maher
Louie J. Yanza

115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004
Telephone: (671) 477-7059
Facsimile: (671) 472-5487
Email: vernier@ite.net

Michael D. Flynn, Jr.
Terence E. Timblin

**Via Facsimile and Mail: 45-934-3931**

June 15, 2007

Mr. Hayao Suehiro
Sankyo Seisakusho Co., Ltd.
Tsuzuki-ku, Ikebe Cho 3290
Yokohama City, Japan 224-0053

**RE:** **Invoice and Statement of Account**
*Collection of Promissory Note dated February 18, 2003*

Dear Mr. Suehiro:

I have enclosed for your review and file, the current invoice as well as the current statement of account reflecting current work performed as well as current expenses incurred, for the month ending May 31, 2007.

Please note that this is a collection matter and fees are earned on amounts collected. The cost incurred during this process are due when billed and are not a part of the collection fees. The current amount due is $176.03 in cost for April and May 2007.

Should you have any questions or concerns, please feel free to call me. Thank you for permitting us to handle this important legal matter for you.

Very truly yours,

**MAHER·YANZA·FLYNN·TIMBLIN, LLP**

Michael D. Flynn, Jr.

Enclosure

# Maher Yanza Flynn Timblin, LLP

115 Hesler Place
Gnd Fl, Gov Joseph Flores Bldg
Haganta GU 96910

Invoice submitted to:                                        May 31, 2007

**Mr. Hayao Suehiro**
**Sankyo Seisakusho Co., Ltd.**
**Tsuzuki-ku, Ikebe Cho 3290**
**Yokohama City, JAPAN  224-0053**

In Reference To:Collection of Promissory Note dated
                February 18, 2003
                Opened:  4/20/07
Invoice #18379

Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/07 MDF | Review and research law, forms, etc. regarding intervention under FRCP Rule 24 and complaint / collection on promissory note at the Law Library. | 6.50 | 0.00 |
| 5/3/07 MDF | Telcon with Howard Trapp; Telcon with Bill Gavras;  Draft Notice of Default to Robert Del Rosario;  Revisions made; Review Promissory Note and Security Agreement provisions; Draft Cross-Claim on Promissory Note. | 6.00 | 0.00 |
| 5/4/07 MDF | Revise Cross-Claim;  Draft Order Granting Motion for Leave to Intervene. | 4.50 | 0.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/7/07 MDF | Begin drafting Motion to Intervene;  Revisions to Cross-Claim in Intervention; Research case law Moore's and Wright & Miller on intervention. | 8.00 | 0.00 |
| 5/8/07 MDF | Review and research law on preliminary injunction, pre-judgment attachment, Rule 65 adn Rule 64;  Begin drafting Complaint on Breach of Contract, Preliminary Injunction. | 8.00 | 0.00 |
| 5/9/07 MDF | Draft Complaint and application for preliminary injunction; Draft memorandum for preliminary injunction. | 8.00 | 0.00 |
| 5/10/07 MDF | Revisions to Compliant, Memroandum for preliminary injunction;  Pull together exhibits;  Draft Affidavit for Tamio Clark;  Draft Motion, Court Order. | 6.00 | 0.00 |
| 5/11/07 MDF | Email with Tamio Clark;  Telcon with Suehiro-san. | 0.50 | 0.00 |
| 5/14/07 MDF | Telcon with Tamio Clark regarding Verified Complaint and Suehiro-san's medical condition. | 0.20 | 0.00 |

|  | Hrs/Rate | Amount |
|---|---|---|
| For professional services rendered | 47.70 | $0.00 |

Additional charges:

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/07 C | Westlaw research charges for April 2007 | 1 63.93 | 63.93 |

|  |  |  | Amount |
|---|---|---|---|
| 5/3/07 C | Pacer Service Charges from District Court for telephonic copies of documents from Court (4/09/07 -- 5/03/07) | 1<br>2.24 | 2.24 ✓ |
| 5/11/07 C | DHL charge for documents sent to Hayao Suehiro on 5/11/07 Inv#0028634040 | 1<br>41.13 | 41.13 ✓ |
| 5/31/07 C | Postage for May 2007. | 1<br>5.12 | 5.12 |
| C | Photocopies done in office for May 2007. | 79<br>0.20 | 15.80 |
| C | Courier runs for May 2007 | 1<br>5.00 | 5.00 |

Total costs                                          $133.22

Total amount of this bill                            $133.22

Previous balance                                      $42.81

Balance due                                          $176.03

Attorney summary

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Michael D. Flynn | 47.70 | | |

√ = copy attached

To accept charges shown below, click on the 'View Document' button, otherwise click the 'Back' button on your browser.

| Pacer Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| Thu May 3 14:03:03 ChST 2007 | | | |
| **Pacer Login:** | vm0261 | **Client Code:** | Suehiro, Hayao |
| **Description:** | Image1-0 | **Case Number:** | 1:04-cv-00028 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

[ View Document ]

Pacer Search charges —  4/08/07 = .08
  4/08/07 = .08
  4/09/07 = .08
  4/09/07 = .24
  4/09/07 = .32
  4/09/07 = .24
  4/09/07 = .08

  5/03/07 = .08
  5/03/07 = .40
  5/03/07 = .56
  5/03/07 = .08

  2.24        5/03/07
              (part of 2.2'

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | TOTAL AMOUNT DUE | PAYMENT TERMS |
|---|---|---|---|---|
| 05/18/07 | 910439200 | 0028634040 | 78.19 | DUE UPON RECEIPT |

CUSTOMER:  VERNIER LAW OFFICE, GROUND FL GOV H FLORES
115 HESSLER PL, HAGATNA GU 96910-5004

| SENDER ADDRESS REFERENCE NUMBER | RECEIVER ADDRESS ZONE | WAYBILL SHIP DATE PCS/WT | SERVICE | BASE / DISCOUNT | CHARGES | TOTAL |
|---|---|---|---|---|---|---|
| T-0030 | ZONE | | EXPRESS | | | 37.06 |

SUBTOTAL DESTINATION SERVICE CENTER MTC  37.06

| | | | | | | |
|---|---|---|---|---|---|---|
| VERNIER LAW OFFICE GROUND FL GOV H FLORES 115 HESSLER PL HAGATNA GU 96910-5004 S-0028 | SANKYO SEISAKUSHO TSUZUKI KU IKEBE CHO 3290 YOKOHAMA CITY JAPAN 224-0053 | 7460791262 05/11/07 1/      1 | EXPRESS DOCUMENT FUEL SURCHARGE | | 36.40 4.73 | |

(Hayao Sushino)  5/11/07

41.13

SUBTOTAL DESTINATION SERVICE CENTER YOH  41.13

---

**DHL**
EXPRESS

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only   **INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

746 0791 262

7460791262

| ORIGIN | DESTINATION CODE |
|---|---|

**1 Payer account number and shipment value protection details**
Change to ☐ Shipper  ☐ Receiver  ☐ 3rd Party
Payer Account No.
☐ Cash  ☐ Check  ☐ Credit Card
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $)

**2 From (Shipper)**
Shipper's Account Number      Contact Name
Shipper's Reference (up to 35 characters)
Company Name
Address
Post/ZIP Code (required)      Phone, Fax, or E-mail (required)

**3 To (Receiver)**
Company Name
Contact Person
Delivery Address DHL Cannot Deliver to a PO Box
Country
St/ZIP Code (required)      Phone, Fax, or E-mail (required)

**4 Shipment Details**
Total number of packages | Total Weight If DHL Express Document packaging used, enter XD. | Dimensions (in inches) Pieces / Length / Width / Height

**5 Full Description of Contents**
Give Content and Quantity

5/11/07

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) (as on commercial/proforma invoice) | Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER | TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes if left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other
The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (Signature required)**
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.
Signature (required)      Date

**8 Products & Services**
☐ International Express Envelope
☐ Non-Durable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other
Service Options (extra charges may apply)
☐ Saturday Delivery  ☐ Special Pickup
☐ Delivery Notification  ☐ Signature Required
Other
Global Mail
☐ Intl. Priority ☐ Intl. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard
Other

DIMENSIONAL/CHARGEABLE WEIGHT

| SERVICES | CHARGES |
|---|---|
| Drop Box # | TOTAL |

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)
No.:
Type      Expires
Auth.

PICKED UP BY
Route No.
Time      Date

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy

# MAHER · YANZA · FLYNN · TIMBLIN, LLP

John B. Maher
Louie J. Yanza

115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004
Telephone: (671) 477-7059
Facsimile: (671) 472-5487
Email: vernier@ite.net

Michael D. Flynn, Jr.
Terence E. Timblin

**Via Facsimile and Mail: 45-934-3931**

May 12, 2007

Mr. Hayao Suehiro
Sankyo Seisakusho Co., Ltd.
Tsuzuki-ku, Ikebe Cho 3290
Yokohama City, Japan 224-0053

**RE:** **Invoice and Statement of Account**
*Collection of Promissory Note dated February 18, 2003*

Dear Mr. Suehiro:

I have enclosed for your review and file, the current invoice as well as the current statement of account reflecting current work performed as well as current expenses incurred, for the month ending April 30, 2007.

Please note that this is a collection matter and fees are earned on amounts collected. The cost incurred during this process are due when billed and are not a part of the collection fees. The current amount due is $42.81 in cost for April 2007.

Should you have any questions or concerns, please feel free to call me. Thank you for permitting us to handle this important legal matter for you.

Very truly yours,

**MAHER·YANZA·FLYNN·TIMBLIN, LLP**

Michael D. Flynn, Jr.

Enclosure

# Maher Yanza Flynn Timblin, LLP

115 Hesler Place
Gnd Fl, Gov Joseph Flores Bldg
Haganta GU 96910

Invoice submitted to:

April 30, 2007

**Mr. Hayao Suehiro**
**Sankyo Seisakusho Co., Ltd.**
**Tsuzuki-ku, Ikebe Cho 3290**
**Yokohama City, JAPAN  224-0053**

In Reference To:Collection of Promissory Note dated
February 18, 2003
Opened:  4/20/07
Invoice #18294

Professional services

|  | Hrs/Rate | Amount |
|---|---|---|
| 4/9/07 MDF Research and review Westlaw on perfection of security interest in settlement proceeds; research and review Guam Code; review various pleadings from Del Rosario's civil case at District Court CV04-00028; email with David Ledger | 8.00 | 0.00 |
| 4/10/07 MDF Telecon with Atty Bill Gavras, past counsel for Del Rosario; email exchanges with Atty David Ledger regarding secured interest on settlement proceeds, appeal, etc; revisions to UCC-1 | 1.00 | 0.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 4/11/07 MDF Research and review cases on attorney's obligation and liability with respect to 3rd Party's Claims on client funds; research at law library; review and revise UCC-1 | 5.00 | 0.00 |
| 4/12/07 MDF Telecons with Juan Carlos at Department of Revenue & Taxation, Banking and Insurance regarding refusal to accept photocopy of debtor's signature; Westlaw research; email and fax to Mr. Carlos; check and research Guam UCC Code and compare with Idaho Code; calculate principal and interest under the promissory note | 4.50 | 0.00 |
| 4/13/07 MDF Telecon with Juan Carlos, Department of Revenue & Taxation (DRT), Insurance and Banking; attach case law to UCC-1 and file with DRT | 0.30 | 0.00 |
| 4/23/07 MDF Telecon message with Suehiro-san; telecon with Tom Clark; draft Notice of Secured Interest; revisions; telecon with Suehiro-san; draft letter to Howard Trapp; revisions | 2.50 | 0.00 |
| 4/24/07 MDF Revise letter to Howard Trapp; email with David Ledger; telecon with Howard Trapp | 0.80 | 0.00 |
| For professional services rendered | 22.10 | $0.00 |

Additional charges:

| | | | Amount |
|---|---|---|---|
| 4/11/07  C | Filing fee of UCC-1 paid to Treasurer via petty cash | 1 3.00 | 3.00 ✓ |
| 4/24/07  C | Copy of filed UCC-1 Form from Insurance Securities and Banking at Dept of Rev & Tax, paid via petty cash | 1 1.00 | 1.00 ✓ |
| 4/30/07  C | Long distance calls & faxes for March & April 07 | 1 8.40 | 8.40 |
| C | Courier runs for April 07 | 2 5.00 | 10.00 |
| C | Photocopies done in office April 07 | 95 0.20 | 19.00 |
| C | Postage for April 07 | 1 1.41 | 1.41 |
| | Total costs | | $42.81 |
| | Total amount of this bill | | $42.81 |
| | Balance due | | $42.81 |

## Attorney summary

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Michael D. Flynn | 22.10 | | |

✓ = copy attached

# MAHER · YANZA · FLYNN · TIMBLIN, LLP

John B. Maher
Louie J. Yanza

115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam  96910-5004
Telephone:  (671) 477-7059
Facsimile:  (671) 472-5487
Email:  vernier@ite.net

Michael D. Flynn, Jr.
Terence E. Timblin

## PETTY CASH VOUCHER

DATE: 4/17/07

REQUESTED BY: Val

AMOUNT: 3.0

CASE MATTER: Svoh

PURPOSE:

Filmy Fee - V

**A99-** 0063745     **FORM OFFICIAL RECEIPT**

GOVERNMENT OF GUAM
DEPARTMENT OF ADMINISTRATION
FINANCIAL MANAGEMENT DIVISION
P.O. BOX 884 HAGATNA GUAM 96932

P A I D
APR 11 '07
TREASURER OF GUAM
#11

DATE: 04/11/07
PAYOR: Maher - Yanza Law Office
ADDRESS:

NOT VALID UNLESS OVERPRINTED BY OUR REGISTER/STAMP

### PAYMENT INFORMATION

| DESCRIPTION | RESERVED FOR ISSUING OFFICE: | |
|---|---|---|
| | ACCOUNT NUMBER | AMOUNT |
| lee 1 | 3100.56917 | 3 — |
| | ✓ | |
| | | |

| ISSUING OFFICE: ISBR | PLEASE PAY TREASURER OF GUAM | |
| AGENT: T. Santos | TOTAL DUE | 3 — |

4/11/07

4/11/07

☒ CASH   ☐ CHECK #   OTHER

Suthro Agua

FCN-2-2-36

# MAHER · YANZA · FLYNN · TIMBLIN, LLP

John B. Maher
Louie J. Yanza

115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004
Telephone: (671) 477-7059
Facsimile: (671) 472-5487
Email: vernier@ite.net

Michael D. Flynn, Jr.
Terence E. Timblin

## PETTY CASH VOUCHER

DATE: 4/24/07

REQUESTED BY: Val

AMOUNT: 1.00

CASE MATTER: Suel

PURPOSE: Lop from Insuran Banking at ?

---

**A99-** 0063824

**FORM OFFICIAL RECEIPT**

GOVERNMENT OF GUAM
DEPARTMENT OF ADMINISTRATION
FINANCIAL MANAGEMENT DIVISION
P.O. BOX 884 HAGATNA GUAM 96932

DATE: 4/24/07
PAYOR: Maher, Yanza
ADDRESS:

NOT VALID UNLESS OVERPRINTED BY OUR REGISTER/STAMP

**PAYMENT INFORMATION**

| DESCRIPTION | RESERVED FOR ISSUING OFFICE: | |
|---|---|---|
| | ACCOUNT NUMBER | AMOUNT |
| Copy of decl | 8100 | |
| front page | 529 17 | |
| | | |
| | PLEASE PAY TREASURER OF GUAM | |
| ISSUING OFFICE: | TOTAL DUE | |
| AGENT: | | |

☐ CASH   ☐ CHECK #

FCN-2-2-35

REQUEST FOR INFORMATION OR COPIES. Present in Duplicate to Filing Officer

**1.** [✓] INFORMATION REQUEST. Filing officer please furnish certificate showing whether there is on file any presently effective financing statement naming the Debtor listed below and any statement of assignment thereof, and if there is, giving the date and hour of filing of each such statement and the names and addresses of each secured party named therein.

| 1A. DEBTOR (LAST NAME FIRST) | 1B. SOC. SEC. OR FED. TAX NO. |
|---|---|
| DEL ROSARIO, Robert J. | 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 |

| 1C. MAILING ADDRESS | 1D. CITY, STATE | 1E. ZIP CODE |
|---|---|---|
| 110 Calamendo Loop, Liguan Terrace | Dededo, Guam | 96929 |

1F. Date **July 24 2007**     Signature of Requesting Party _Michael D. Flynn Jr. Attorney_

**2. CERTIFICATE:**

| FILE NUMBER | DATE AND HOUR OF FILING | NAME(S) AND ADDRESS(ES) OF SECURED PARTY(IES) AND ASSIGNEE(S), IF ANY |
|---|---|---|
| 27104 | Apr 13, 2007  3:10 PM | GATA, Surgiato - YOBUGATA, OPAN |
|  |  |  |
|  |  |  |
|  |  |  |

The undersigned filing officer hereby certifies that the above listing is a record of all presently effective financing statements and statements of assignment which name the above debtor and which are on file in my office as of _____ 19____ at ____ M.

July 25, 2007 19____
(DATE)

_Artemio B. Illagan_
(FILING OFFICER)

By:_____

**3.** [ ] COPY REQUEST. Filing officer please furnish _____ copy(ies) of each page of the following statements concerning the debtors listed below [ ] Financing Statement [ ] Amendments [ ] Statements of Assignment [ ] Continuation Statements [ ] Statement of Release [ ] Termination Statement [ ] All Statements on file

| FILE NUMBER | DATE OF FILING | NAME(S) AND MAILING ADDRESS(ES) OF DEBTOR(S) | DEBTORS SOC. SEC. OR FED. TAX NO. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Date_____ 19____     Signature of Requesting Party_____

**4. CERTIFICATE:**

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all statements requested above.

_____ 19____
(DATE)

_____
(FILING OFFICER)

By._____

**5.**     **Mail Information or Copies to**

NAME   Michael D. Flynn, Jr., Esq.
MAILING   MAHER YANZA FLYNN TIMBLIN, LLP
ADDRESS   115 Hesler Pl., Ground Floor
CITY AND STATE   Gov. Flores Building
Hagatna, Guam 96910-5004

**Exhibit**