Michael D. Flynn, Jr., Esq.
MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for HAYAO SUEHIRO

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| HAYAO SUEHIRO, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT J. DEL ROSARIO, MELANIE DEL ROSARIO, <br><br> Defendants. | CIVIL CASE NO. CIV07-00017 <br><br> NON-AGREEMENT TO HEARING DATE |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Michael D. Flynn, Jr., am the attorney for the Plaintiff in this matter. I attempted to contact the *pro se* parties, at a listed telephone number of 637-8942, to discuss and agree upon a date for oral argument of Plaintiff's Motion for Entry of Default Judgment. The telephone number is not a working number and I have no other reasonable or expedient method of contacting the *pro se* parties.

2. The *pro se* parties are:

1

    a. Robert J. Del Rosario; and

    b. Melanie Del Rosario.

3. I request oral argument and the party(ies) who may possibly oppose the motion cannot be contacted by reasonable means so as to discuss or agree upon an oral argument date.

4. I respectfully request a hearing date and time on August 10, 2007, or any date and time soon thereafter.

5. In accordance with FRCP Rule 55(b)(2), Defendants will be served with process at least three (3) days prior to the Court's designated hearing date and time.

Respectfully submitted this 25th day of July, 2007.

                              **MAHER • YANZA • FLYNN • TIMBLIN, LLP**
                              Attorneys for **HAYAO SUEHIRO**

By: _____
       MICHAEL D. FLYNN, JR., ESQ.