ANTONIO B. QUICHOCHO, JR.
PO BOX 20904
BARRIGADA, GUAM 96921
TEL: 671-898-5478

FILED
DISTRICT COURT OF GUAM
JUL 26 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| HAYAO SUEHIRO, | CIVIL CASE NO.: CV 07-00017 |
| Plaintiff, | DECLARATION OF SERVICE |
| vs. | |
| ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO, | |
| Defendant. | |

I, Antonio B. Quichocho, Jr. being eighteen(18) years of age or older, hereby state that on July 23, 2007 on or around 20:19 p.m., I caused Defendant(s) ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO to be served with the Documents listed below, by service at their residence located in 110 Calamendo Loop, Liguan Terrace Dededo, Guam 96929. The individual identified as one of the Defendants namely MELANIE DEL ROSARIO acknowledged receipt in this matter.

**DOCUMENTS SERVED**

1. PLAINTIFF HAYAO SUEHIRO'S REQUEST FOR ENTRY OF DEFAULT
2. CLERK'S ENTRY OF DEFAULT

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on 7-25-07.

ANTONIO B. QUICHOCHO, JR.

ORIGINAL