# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

Hayao Suehiro

V.

Robert J. Del Rosario and Melane Del Rosario

**NOTICE**

CASE NUMBER: CV-07-00017

TYPE OF CASE:

   X  **CIVIL**      ☐  **CRIMINAL**

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | 4th Floor Courtroom |
| | DATE AND TIME<br>Thursday, August 30, 2007 at 9:30 a.m. |

TYPE OF PROCEEDING

MOTION FOR ENTRY OF DEFAULT JUDGMENT

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

MARY L.M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

July 30, 2007          /s/ Virginia T. Kilgore
DATE          (BY) DEPUTY CLERK

TO:    Michael D. Flynn, Jr.
        Robert J. Del Rosario
        Melanie Del Rosario