ANTONIO B. QUICHOCHO, JR.
PO BOX 20904
BARRIGADA, GUAM 96921
TEL: 671-898-5478



IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| HAYAO SUEHIRO, | CIVIL CASE NO.: CV 07-00017 |
| Plaintiff, | DECLARATION OF SERVICE |
| vs. | |
| ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO, | |
| Defendant. | |

I, Antonio B. Quichocho, Jr. being eighteen(18) years of age or older, hereby state that on August 3, 2007 on or around 19:17 p.m., I caused Defendant(s) ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO to be served with the Documents listed below, by service at their residence located in 110 Calamendo Loop, Liguan Terrace Dededo, Guam 96929. Defendant(s) were not present at the time. Although an individual identified by Defendant's daughter as "my Auntie" who appeared to be over the age of eighteen (18) years of age accepted said documents but refused to acknowledged receipt in this matter.

## DOCUMENTS SERVED

1. NOTICE (Filed on 7/30/07)
2. MOTION FOR ENTRY OF DEFAULT JUDGMENT (Filed on 7/26/07)
3. AFFIDAVIT OF MICHAEL D. FLYNN, JR; REQUEST FOR HEARING DEFAULT JUDGEMENT (Filed on 7/26/07); and
4. NON-AGREEMENT TO HEARING DATE (Filed on 7/26/07)

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on 8-7-07.

ANTONIO B. QUICHOCHO, JR.