Michael D. Flynn, Jr., Esq.
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for HAYAO SUEHIRO

**FILED**
DISTRICT COURT OF GUAM

AUG 1 4 2007

**JEANNE G. QUINATA**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| HAYAO SUEHIRO, | CIVIL CASE NO. CIV07-00017 |
| Plaintiff, | |
| vs. | AMENDED AFFIDAVIT OF MICHAEL D. FLYNN, JR.; REQUEST FOR HEARING AND DEFAULT JUDGMENT |
| ROBERT J. DEL ROSARIO, MELANIE DEL ROSARIO, | |
| Defendants. | |

Hagåtña, Guam ) ss:

I, **MICHAEL D. FLYNN, JR.**, having been first duly sworn, hereby depose and declare, as follows:

1.  I am an attorney with MAHER · YANZA · FLYNN · TIMBLIN, LLP, a limited liability partnership, counsel for Plaintiff HAYAO SUEHIRO in this action, and duly licensed to practice before the above-entitled Court.

2.  Defendant Robert J. Del Rosario received the May 4, 2007 dated Notice of Delinquency and Default, attached as Exhibit 6 to the Complaint, on May 5, 2007, as stated in the true and correct copy of

ORIGINAL

1 the United States Postal Service certified mail, return receipt, attached

2 hereto, as Exhibit "1", and incorporated by reference herein.

3 3. On or about July 16, 2007, Defendant Melanie Del Rosario delivered a

4 letter, bearing her signature, to my law office, addressed to Terrence

5 Timblin, a partner at my office, in which letter she referenced the

6 Promissory Note of $100,000, admitting, on behalf of her husband,

7 Robert J. Del Rosario, that principal of $100,000 and interest were due

8 and owing on the Promissory Note. A true and correct copy of the

9 above-referenced letter is attached hereto, as Exhibit "2", and

10 incorporated by reference herein.

11 4. Defendants owe Plaintiff principal on the Promissory Note in the sum of

12 $100,000.00, as set forth in Plaintiff's Complaint and the Promissory

13 Note.

14 5. Defendants owe Plaintiff prejudgment interest of one percent (1%) per

15 month, compounded monthly, from February 18, 2003 to May 15, 2007

16 (i.e., an amount totaling $64,354.63), and two percent (2%) per month,

17 compounded monthly, from May 16, 2007 to the date of Judgment (i.e.,

18 an amount totaling $15,208.53 to August 30, 2007), pursuant to

19 Plaintiff's Complaint, the Promissory Note and the computation

20 attached hereto, as Exhibit "3", and incorporated by reference herein.

21 6. Plaintiff's attorney ordinarily bills at $200.00 per hour. Plaintiff entered

22 into a contingency fee agreement with Plaintiff's attorney in which

23 Plaintiff's attorney is entitled to thirty-three and one-third percent

24 $(33^1/_3\%)$ of any amounts recovered on the Promissory Note. From the

25 period from June 15, 2007 until April 24, 2007, Plaintiff's attorney has

1    spent a total of 83.2 hours on this collection matter, as set forth in the

2    invoices attached hereto, as Exhibit "4", and incorporated by reference

3    herein.

4    7.    Plaintiff is entitled to attorney's fees of $33^1/_3\%$ of any amounts

5          recovered on the Promissory Note or, in the alternative, to attorney's

6          fees of $16,640.00 (i.e., $200/hour x 83.2 hours), pursuant to the

7          Complaint, the Promissory Note and Exhibit 4.

8    8.    Plaintiff is entitled to costs of $1,007.60 in connection with the

9          collection of the indebtedness on the Promissory Note, pursuant to the

10         Complaint, the Promissory Note and Exhibit 4.

11   9.    The Department of Revenue and Taxation, Government of Guam has

12         certified that Plaintiff possesses a first and prior security interest in

13         settlement funds deposited by Japan Airlines Co., Ltd. with the Clerk of

14         Court in District Court of Guam, Civil Case No. CIV04-00028, pursuant

15         to the Complaint. A true and correct copy of the above-referenced

16         certification from the Department of Revenue and Taxation is attached

17         hereto, as Exhibit "5", and incorporated by reference herein.

18   10.   Plaintiff is entitled to statutory interest of six percent (6%) from the date

19         of judgment.

20   11.   A default has been entered against the Defendants by the Clerk of

21         Court on July 23, 2007.

22   12.   Plaintiff's claim is for a sum certain or for a sum which can by

23         computation be made certain.

24

25

13. Plaintiff requests that the Court enter a default judgment against the Defendants, jointly and severally, as provided by the Federal Rules of Civil Procedure 55(b)(2), as follows:

   a) Damages in the sum of $100,000.00;

   b) Prejudgment interest of one percent (1%) per month, compounded monthly, from February 18, 2003 to May 15, 2007 (i.e., an amount totaling $64,354.63), and two percent (2%) per month, compounded monthly, from May 16, 2007 to the date of Judgment (i.e., an amount totaling $15,208.53 to August 30, 2007);

   c) Attorney's fees of $16,640.00;

   d) Costs of $1,007.60 in connection with the collection of the indebtedness on the Promissory Note;

   e) Plaintiff is granted a first and prior security interest in any settlement funds deposited by Japan Airlines Co., Ltd. with the Clerk of Court in District Court of Guam, Civil Case No. CIV04-00028;

   f) The Clerk of Court is ordered to first and immediately pay the Plaintiff and attempt to fully satisfy the Defendants' indebtedness to Plaintiff by disbursing to Plaintiff any and all settlement funds deposited with the Clerk of Court under District Court of Guam, Civil Case No. CIV04-00028, immediately upon receiving said settlement funds;

   g) Plaintiff is granted judgment against the Defendants, jointly and severally, for any deficiency in the settlement funds deposited with the Clerk of Court, under District Court of Guam, Civil Case No. CIV04-00028, should said settlement funds be insufficient to satisfy

1   Robert J. Del Rosario's debt, plus interest, costs and reasonable

2       attorney's fees; and

3       h)  Costs of suit.

4   Further affiant sayeth naught.

6       _____
        **MICHAEL D. FLYNN, JR.**

9   SUBSCRIBED AND SWORN to before this 14th day of August, 2007, by
    MICHAEL D. FLYNN, JR.



11      _____
        Notary Public

        VALERIE A.M. ESPLANA
        NOTARY PUBLIC
        IN AND FOR GUAM, U.S.A.
        MY COMMISSION EXPIRES: NOV. 25, 2007
        P. O. BOX 5364  HAGÅTÑA, GUAM  96932

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent<br>☐ Addressee<br><br>B. Received by ( Printed Name)    C. Date of Delivery<br>   5-07 |
| 1. Article Addressed to:<br><br>Mr. Robert Del Rosario<br><br>110 Calamendo Loop<br>Liguan Terrace<br>Dededo, Guam 96929 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7002 0460 0002 3370 3032 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**Exhibit**

MAHER YANZA FLYNN TIMBLIN, LLP

TERRENCE E. TIMBLIN
115 Hesler Place, Ground Floor
Governor Joseph Flores Blg.
Hagatna Guam, 96910-5004

Attorney for:
Mr. Hayao Suehiro

## RE: __PROMISSORY NOTE OF $100,000__.

Dear Atty. Timblin:

This is in response to your letter of June 20, 2007. And as I recall this amount will be paid upon receipt of the settlement of $100,000 plus interest, from the proceeds of my claim with Japan Airlines International Co., Ltd.. At present time, it is still pending because of my Appeal at the 9th Circuit Court of Appeals in San Francisco, California. This is now being handled by Attorney Howard Trapp. I hope you understand of this situation I am in.

Besides that, the background of the case is that, I did not accept the settlement that was offered to me of $175,000. My counsel at that time, Atty. William Gavras arranged a settlement without my permission as agreed in our Attorney/Client Contract. It should have been consulted to me before he finalized the settlement. This is where our disagreement came about.

I would also like to ask an apology for the delay and I ask for a little bit more time to conclude this matter and I will be back to you. To pressure me for the payment this time is very difficult for me to do. I am still waiting for the result of my pending Appeal.

To write this correspondence is through the efforts of my wife, Leilani Del Rosario and I ask her to sign it for me. I will be back as soon as I finished my commitment here in the Philippines.

Thank you and best regards.

For:

_Mren for Robert J. del Rosario 7/16/07_
Robert J. Del Rosario

File7/20/72-01

RECEIVED
MAHER • YANZA • FLYNN • TIMBLIN, LLP
Date: 7/16/07
Time: 12:07 pm    By: SM



Exhibit
2

Maker:   Robert J. Del Rosario
Promises to pay Hayao Suehiro  $100,000.00
Rate:  1% per month compounded monthly
On the 24th month (2/18/05), Principal Balance is due together with accrued interest

**Status-- Delinquent**
**Principal and Interest**
**2% per month compounded monthly, -- Started 5/16/07 (following Notice to Del Rosario)**

| Date | Principal | Rate | Total Interest | Principal plus Interest |
|------|-----------|------|---------|-------------------------|
| 3/18/2003 | 100,000.00 | 1% | 1,000.00 | 101,000.00 |
| 4/18/2003 | 101,000.00 | 1% | 1,010.00 | 102,010.00 |
| 5/18/2003 | 102,010.00 | 1% | 1,020.10 | 103,030.10 |
| 6/18/2003 | 103,030.10 | 1% | 1,030.30 | 104,060.40 |
| 7/18/2003 | 104,060.40 | 1% | 1,040.60 | 105,101.01 |
| 8/18/2003 | 105,101.01 | 1% | 1,051.01 | 106,152.02 |
| 9/18/2003 | 106,152.02 | 1% | 1,061.52 | 107,213.54 |
| 10/18/2003 | 107,213.54 | 1% | 1,072.14 | 108,285.67 |
| 11/18/2003 | 108,285.67 | 1% | 1,082.86 | 109,368.53 |
| 12/18/2003 | 109,368.53 | 1% | 1,093.69 | 110,462.21 |
| 1/18/2004 | 110,462.21 | 1% | 1,104.62 | 111,566.83 |
| 2/18/2004 | 111,566.83 | 1% | 1,115.67 | 112,682.50 |
| 3/18/2004 | 112,682.50 | 1% | 1,126.83 | 113,809.33 |
| 4/18/2004 | 113,809.33 | 1% | 1,138.09 | 114,947.42 |
| 5/18/2004 | 114,947.42 | 1% | 1,149.47 | 116,096.90 |
| 6/18/2004 | 116,096.90 | 1% | 1,160.97 | 117,257.86 |
| 7/18/2004 | 117,257.86 | 1% | 1,172.58 | 118,430.44 |
| 8/18/2004 | 118,430.44 | 1% | 1,184.30 | 119,614.75 |
| 9/18/2004 | 119,614.75 | 1% | 1,196.15 | 120,810.90 |
| 10/18/2004 | 120,810.90 | 1% | 1,208.11 | 122,019.00 |
| 11/18/2004 | 122,019.00 | 1% | 1,220.19 | 123,239.19 |
| 12/18/2004 | 123,239.19 | 1% | 1,232.39 | 124,471.59 |
| 1/18/2005 | 124,471.59 | 1% | 1,244.72 | 125,716.30 |
| 2/18/2005 | 125,716.30 | 1% | 1,257.16 | 126,973.46 |
| 3/18/2005 | 126,973.46 | 1% | 1,269.73 | 128,243.20 |
| 4/18/2005 | 128,243.20 | 1% | 1,282.43 | 129,525.63 |
| 5/18/2005 | 129,525.63 | 1% | 1,295.26 | 130,820.89 |
| 6/18/2005 | 130,820.89 | 1% | 1,308.21 | 132,129.10 |
| 7/18/2005 | 132,129.10 | 1% | 1,321.29 | 133,450.39 |
| 8/18/2005 | 133,450.39 | 1% | 1,334.50 | 134,784.89 |
| 9/18/2005 | 134,784.89 | 1% | 1,347.85 | 136,132.74 |
| 10/18/2005 | 136,132.74 | 1% | 1,361.33 | 137,494.07 |
| 11/18/2005 | 137,494.07 | 1% | 1,374.94 | 138,869.01 |

Exhibit
3

**Continuation– Page 2**
**Maker: Robert J. Del Rosario**
**Promises to pay Hayao Suehiro $100,000.00**
**Status– Delinquent (2% per month compounded monthly, --started 5/16/07)**

| Date | Balance | Rate | Interest | Payment | New Balance |
|---|---|---|---|---|---|
| 12/18/2005 | 138,869.01 | 1% | 1,388.69 | | 140,257.70 |
| 1/18/2006 | 140,257.70 | 1% | 1,402.58 | | 141,660.28 |
| 2/18/2006 | 141,660.28 | 1% | 1,416.60 | | 143,076.88 |
| 3/18/2006 | 143,076.88 | 1% | 1,430.77 | | 144,507.65 |
| 4/18/2006 | 144,507.65 | 1% | 1,445.08 | | 145,952.72 |
| 5/18/2006 | 145,952.72 | 1% | 1,459.53 | | 147,412.25 |
| 6/18/2006 | 147,412.25 | 1% | 1,474.12 | | 148,886.37 |
| 7/18/2006 | 148,886.37 | 1% | 1,488.86 | | 150,375.24 |
| 8/18/2006 | 150,375.24 | 1% | 1,503.75 | | 151,878.99 |
| 9/18/2006 | 151,878.99 | 1% | 1,518.79 | | 153,397.78 |
| 10/18/2006 | 153,397.78 | 1% | 1,533.98 | | 154,931.76 |
| 11/18/2006 | 154,931.76 | 1% | 1,549.32 | | 156,481.07 |
| 12/18/2006 | 156,481.07 | 1% | 1,564.81 | | 158,045.89 |
| 1/18/2007 | 158,045.89 | 1% | 1,580.46 | | 159,626.34 |
| 2/18/2007 | 159,626.34 | 1% | 1,596.26 | | 161,222.61 |
| 3/18/2007 | 161,222.61 | 1% | 1,612.23 | | 162,834.83 |
| 4/18/2007 | 162,834.83 | 1% | 1,628.35 | 1,519.79 | 164,354.63 |
| 5/16/2007 * | 164,354.63 | 2% * | 3,287.09 | | 167,641.72 |
| 6/16/2007 | 167,641.72 | 2% | 3,352.83 | | 170,994.55 |
| 7/16/2007 | 170,994.55 | 2% | 3,419.89 | | 174,414.44 |
| 8/16/2007 | 174,414.44 | 2% | 3,488.29 | | 177,902.73 |
| 8/30/2007 * | 177,902.73 | 2% | 3,558.05 | 1,660.43 | 179,563.16 |
| 8/31/2007 * | 179,563.16 | 2% | | 118.60 | 179,681.76 |
| 9/1/2007 | 179,681.76 | 2% | | | 179,800.36 |
| 9/2/2007 | 179,800.36 | 2% | | | 179,918.96 |
| 9/3/2007 | 179,918.96 | 2% | | | 180,037.57 |
| 9/4/2007 | 180,037.57 | 2% | | | 180,156.17 |
| 9/5/2007 | 180,156.17 | 2% | | | 180,274.77 |
| 9/6/2007 | 180,274.77 | 2% | | | 180,393.37 |
| 9/7/2007 | 180,393.37 | 2% | | | 180,511.97 |
| 9/8/2007 | 180,511.97 | 2% | | | 180,630.57 |
| 9/9/2007 | 180,630.57 | 2% | | | 180,749.18 |
| 9/10/2007 | 180,749.18 | 2% | | | 180,867.78 |
| 9/11/2007 | 180,867.78 | 2% | | | 180,986.38 |
| 9/12/2007 | 180,986.38 | 2% | | | 181,104.98 |
| 9/13/2007 | 181,104.98 | 2% | | | 181,223.58 |
| 9/14/2007 | 181,223.58 | 2% | | | 181,342.19 |
| 9/15/2007 | 181,342.19 | 2% | | | 181,460.79 |

( * ) change of date or rate to be noted for calculation purposes

**Mr. Hayao Suehiro**
**Sankyo Seisakusho Co., Ltd.**
**Tsuzuki-ku, Ikebe Cho 3290**
**Yokohama City, JAPAN   224-0053**

**Collection of Promissory Note dated February 18, 2003**

This matter listed above opened April 2007.  From April 2007 to June, 30, 2007,
Atty Flynn listed the following hours for work on the above matter.

| | Hours | Hourly rate | |
|---|---|---|---|
| April 2007 -- | 22.10 | $   200.00 | $   4,420.00 |
| May 2007 -- | 47.70 | $   200.00 | 9,540.00 |
| June 2007 -- | 2.10 | $   200.00 | 420.00 |
| July 2007 -- | 11.30 | $   200.00 | 2,260.00 |
| | 83.20 | | $ 16,640.00 |

During this same time, the items listed below are cost associated with the collection of the Promissory
Note dated February 18, 2003.

| Date | | | | |
|---|---|---|---|---|
| 4/11/2007 | Filing Fee of UCC-1 paid to Treasurer of Guam via petty cash | | 3.00 | |
| 4/24/2007 | Copy of Filed UCC-1 Form from Insurance Securities and Banking at Dept of Rev & Tax, paid via petty cash | | 1.00 | |
| 4/30/2007 | Long distance Calls & Faxes for March & April 2007 | | 8.40 | |
| 4/30/2007 | Courier runs for April 2007 | 2@$5.00 | 10.00 | |
| 4/30/2007 | Photocopies done in office April 07 | 95@$.20 | 19.00 | |
| 4/30/2007 | Postage for April 07 | | 1.41 | $      42.81 |
| | | | | |
| 5/1/2007 | Westlaw research charges for April 2007 | | 63.93 | |
| 5/3/2007 | Pacer Service charges from District Court from 4/09--5/03/07 | | 2.24 | |
| 5/11/2007 | DHL Charges invoice #0028634040 | | 41.13 | |
| 5/31/2007 | Postage for May 2007 | | 5.12 | |
| 5/31/2007 | Photocopies done in office May 07 | 79@$.20 | 15.80 | |
| 5/31/2007 | Courier runs for May 2007 | 1@$5.00 | 5.00 | 133.22 |
| | | | | |
| 6/1/2007 | Westlaw research charges May 2007 | | 63.82 | |
| 6/26/2007 | Filing Fee for new Civil Case paid with ck#10327 | | 350.00 | |
| 6/27/2007 | Process Service fees of Greg Hall, served Robert & Melanie Del Rosario, Summons/Complaint | | 130.00 | |
| 6/30/2007 | Postage for June 2007 | | 8.65 | |
| 6/30/2007 | Photocopies done in office June 2007 | 309@$.20 | 61.80 | |
| 6/30/2007 | Long distance calls/faxes May & June 07 | | 5.60 | 619.87 |
| | Total Cost incurred April - June 2007 | | | $    795.90 |

**Exhibit**
**4**

**Mr. Hayao Suehiro**
**Collection of Promissory Note dated February 18, 2003**
**Continuation of summary of hours and cost**
**Page 2**

| | | | |
|---|---|---:|---:|
| | Total cost incurred April -- June 2007 | | $ 795.90 |

Date
| Date | | | | |
|---|---|---|---:|---:|
| 7/23/2007 | Process Service Fees of Greg Hall, served upon Melanie Del Rosario & Robert Del Rosario, Plaintiff's Request for Entry of Default & Clerk's Entry of Default | | 130.00 | |
| 7/24/2007 | Filing fee of Form UCC-3 at Treasurer of Guam, paid with petty cash to Land Management | | 10.00 | |
| 7/31/2007 | Postage for July 2007 | | 11.70 | |
| 7/31/2007 | Photocopies done in office July 2007 | 275@$.20 | 55.00 | |
| 7/31/2007 | Courier runs for July 2007 | 1@$5.00 | 5.00 | 211.70 |
| | Total cost incurred April -- July 2007 | | | $ 1,007.60 |

# MAHER · YANZA · FLYNN · TIMBLIN, LLP

John B. Maher
Louie J. Yanza

115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004
Telephone: (671) 477-7059
Facsimile: (671) 472-5487
Email: vernier@ite.net

Michael D. Flynn, Jr.
Terence E. Timblin

John B. Maher
Louie J. Yanza

Michael D. Flynn, Jr.
Terence E. Timblin

**Via Facsimile and Mail: 45-934-3931**

May 12, 2007

Mr. Hayao Suehiro
Sankyo Seisakusho Co., Ltd.
Tsuzuki-ku, Ikebe Cho 3290
Yokohama City, Japan 224-0053

RE: **Invoice and Statement of Account**
**_Collection of Promissory Note dated February 18, 2003_**

Dear Mr. Suehiro:

I have enclosed for your review and file, the current invoice as well as the current statement of account reflecting current work performed as well as current expenses incurred, for the month ending April 30, 2007.

Please note that this is a collection matter and fees are earned on amounts collected. The cost incurred during this process are due when billed and are not a part of the collection fees. The current amount due is $42.81 in cost for April 2007.

Should you have any questions or concerns, please feel free to call me. Thank you for permitting us to handle this important legal matter for you.

Very truly yours,

MAHER·YANZA·FLYNN·TIMBLIN, LLP

Michael D. Flynn, Jr.

Enclosure

# Maher Yanza Flynn Timblin, LLP

115 Hesler Place
Gnd Fl, Gov Joseph Flores Bldg
Haganta GU 96910

Invoice submitted to:

April 30, 2007

**Mr. Hayao Suehiro**
**Sankyo Seisakusho Co., Ltd.**
**Tsuzuki-ku, Ikebe Cho 3290**
**Yokohama City, JAPAN 224-0053**

In Reference To: Collection of Promissory Note dated
February 18, 2003
Opened: 4/20/07
Invoice #18294

Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/9/07 MDF | Research and review Westlaw on perfection of security interest in settlement proceeds; research and review Guam Code; review various pleadings from Del Rosario's civil case at District Court CV04-00028; email with David Ledger | 8.00 | 0.00 |
| 4/10/07 MDF | Telecon with Atty Bill Gavras, past counsel for Del Rosario; email exchanges with Atty David Ledger regarding secured interest on settlement proceeds, appeal, etc; revisions to UCC-1 | 1.00 | 0.00 |

Mr. Hayao Suehiro

| | Hrs/Rate | Amount |
|---|---|---|
| 4/11/07 MDF Research and review cases on attorney's obligation and liability with respect to 3rd Party's Claims on client funds; research at law library; review and revise UCC-1 | 5.00 | 0.00 |
| 4/12/07 MDF Telecons with Juan Carlos at Department of Revenue & Taxation, Banking and Insurance regarding refusal to accept photocopy of debtor's signature;  Westlaw research; email and fax to Mr. Carlos; check and research Guam UCC Code and compare with Idaho Code;  calculate principal and interest under the promissory note | 4.50 | 0.00 |
| 4/13/07 MDF Telecon with Juan Carlos, Department of Revenue & Taxation (DRT), Insurance and Banking;  attach case law to UCC-1 and file with DRT | 0.30 | 0.00 |
| 4/23/07 MDF Telecon message with Suehiro-san;  telecon with Tom Clark;  draft Notice of Secured Interest;  revisions;  telecon with Suehiro-san;  draft letter to Howard Trapp;  revisions | 2.50 | 0.00 |
| 4/24/07 MDF Revise letter to Howard Trapp; email with David Ledger; telecon with Howard Trapp | 0.80 | 0.00 |
| For professional services rendered | 22.10 | $0.00 |

Mr. Hayao Suehiro

Additional charges:

| Date | | Description | | Amount |
|---|---|---|---|---|
| | | | | Amount |
| 4/11/07 | C | Filing fee of UCC-1 paid to Treasurer via petty cash | 1<br>3.00 | 3.00 ✓ |
| 4/24/07 | C | Copy of filed UCC-1 Form from Insurance Securities and Banking at Dept of Rev & Tax, paid via petty cash | 1<br>1.00 | 1.00 ✓ |
| 4/30/07 | C | Long distance calls & faxes for March & April 07 | 1<br>8.40 | 8.40 |
| | C | Courier runs for April 07 | 2<br>5.00 | 10.00 |
| | C | Photocopies done in office April 07 | 95<br>0.20 | 19.00 |
| | C | Postage for April 07 | 1<br>1.41 | 1.41 |

Total costs

$42.81

Total amount of this bill

$42.81

Balance due

$42.81

## Attorney summary

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Michael D. Flynn | 22.10 | | |

✓ = copy attached

# MAHER · YANZA · FLYNN · TIMBLIN, LLP

John B. Maher
Louie J. Yanza

115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004
Telephone: (671) 477-7059
Facsimile: (671) 472-5487
Email: vernier@ite.net

Michael D. Flynn, Jr.
Terence E. Timblin

---

## PETTY CASH VOUCHER

DATE: 4/17/07

REQUESTED BY: Val

AMOUNT: 3.00

CASE MATTER: Svoh

PURPOSE: Filing Fee - U

**A99-** 0063745 **FORM OFFICIAL RECEIPT**

GOVERNMENT OF GUAM
DEPARTMENT OF ADMINISTRATION
FINANCIAL MANAGEMENT DIVISION
P.O. BOX 884 HAGATNA GUAM 96932

P A I D
APR 11 '07
TREASURER OF GUAM
#11

DATE: 04/11/07
PAYOR: Maher-Yanza Law Office
ADDRESS:

NOT VALID UNLESS OVERPRINTED BY OUR REGISTER/STAMP

**PAYMENT INFORMATION**

| DESCRIPTION | RESERVED FOR ISSUING OFFICE | |
|---|---|---|
| | ACCOUNT NUMBER | AMOUNT |
| fee 1 | 3103.56917 | 3 - |
| | | |

ISSUING OFFICE: ISBR
AGENT: T. Santos

PLEASE PAY TREASURER OF GUAM
TOTAL DUE $ 3 -

OTHER:

# MAHER · YANZA · FLYNN · TIMBLIN, LLP

John B. Maher
Louie J. Yanza

115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004
Telephone: (671) 477-7059
Facsimile: (671) 472-5487
Email: vernier@ite.net

Michael D. Flynn, Jr.
Terence E. Timblin

## PETTY CASH VOUCHER

DATE: 4/24/07

REQUESTED BY: Val

AMOUNT: 1.00

**A99-** 0063824

CASE MATTER: Suel

PURPOSE: Copy from Insura Banking at

**FORM OFFICIAL RECEIPT**

GOVERNMENT OF GUAM
DEPARTMENT OF ADMINISTRATION
FINANCIAL MANAGEMENT DIVISION
APR 2 4 2007
P.O. BOX 884 HAGATNA GUAM 96932

TREASURER OF GUAM
#6

DATE: 4/24/07
PAYOR: Maher, Yanza...
ADDRESS:

NOT VALID UNLESS OVERPRINTED BY OUR REGISTER/STAMP

### PAYMENT INFORMATION

| DESCRIPTION | RESERVED FOR ISSUING OFFICE | |
|---|---|---|
| | ACCOUNT NUMBER | AMOUNT |
| Copy of last first page | 310 1 3897 | 1.00 |
| ISSUING OFFICE: | PLEASE PAY TREASURER OF GUAM | |
| AGENT: | TOTAL DUE | .00 |
| | OTHER | |

# MAHER · YANZA · FLYNN · TIMBLIN, LLP

John B. Maher
Louie J. Yanza

115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004
Telephone: (671) 477-7059
Facsimile: (671) 472-5487
Email: vernier@ite.net

Michael D. Flynn, Jr.
Terence E. Timblin

**Via Facsimile and Mail:  45-934-3931**

June 15, 2007

Mr. Hayao Suehiro
Sankyo Seisakusho Co., Ltd.
Tsuzuki-ku, Ikebe Cho  3290
Yokohama City, Japan  224-0053

RE:     **Invoice and Statement of Account**
        *Collection of Promissory Note dated February 18, 2003*

Dear Mr. Suehiro:

I have enclosed for your review and file, the current invoice as well as the current statement of account reflecting current work performed as well as current expenses incurred, for the month ending May 31, 2007.

Please note that this is a collection matter and fees are earned on amounts collected. The cost incurred during this process are due when billed and are not a part of the collection fees.  The current amount due is $176.03 in cost for April and May 2007.

Should you have any questions or concerns, please feel free to call me.   Thank you for permitting us to handle this important legal matter for you.

Very truly yours,

MAHER·YANZA·FLYNN·TIMBLIN, LLP

Michael D. Flynn, Jr.

Enclosure

# Maher Yanza Flynn Timblin, LLP

115 Hesler Place
Gnd Fl, Gov Joseph Flores Bldg
Haganta GU 96910

Invoice Submitted to:

May 31, 2007

**Mr. Hayao Suehiro**
**Sankyo Seisakusho Co., Ltd.**
**Tsuzuki-ku, Ikebe Cho 3290**
**Yokohama City, JAPAN  224-0053**

In Reference To:Collection of Promissory Note dated
February 18, 2003
Opened:  4/20/07
Invoice #18379

Professional services

|  | Hrs/Rate | Amount |
|---|---|---|
| 5/1/07 MDF Review and research law, forms, etc. regarding intervention under FRCP Rule 24 and complaint / collection on promissory note at the Law Library. | 6.50 | 0.00 |
| 5/3/07 MDF Telcon with Howard Trapp; Telcon with Bill Gavras;  Draft Notice of Default to Robert Del Rosario;  Revisions made; Review Promissory Note and Security Agreement provisions; Draft Cross-Claim on Promissory Note. | 6.00 | 0.00 |
| 5/4/07 MDF Revise Cross-Claim;  Draft Order Granting Motion for Leave to Intervene. | 4.50 | 0.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 5/7/07 MDF Begin drafting Motion to Intervene;  Revisions to Cross-Claim in Intervention; Research case law Moore's and Wright & Miller on intervention. | 8.00 | 0.00 |
| 5/8/07 MDF Review and research law on preliminary injunction, pre-judgment attachment, Rule 65 adn Rule 64;  Begin drafting Complaint on Breach of Contract, Preliminary Injunction. | 8.00 | 0.00 |
| 5/9/07 MDF Draft Complaint and application for preliminary injunction; Draft memorandum for preliminary injunction. | 8.00 | 0.00 |
| 5/10/07 MDF Revisions to Compliant, Memroandum for preliminary injunction;  Pull together exhibits;  Draft Affidavit for Tamio Clark;  Draft Motion, Court Order. | 6.00 | 0.00 |
| 5/11/07 MDF Email with Tamio Clark;  Telcon with Suehiro-san. | 0.50 | 0.00 |
| 5/14/07 MDF Telcon with Tamio Clark regarding Verified Complaint and Suehiro-san's medical condition. | 0.20 | 0.00 |
| For professional services rendered | 47.70 | $0.00 |

Additional charges:

| | | |
|---|---|---|
| 5/1/07 C   Westlaw research charges for April 2007 | 1 63.93 | 63.93 |

Mr. Hayao Suehiro

| | | | Amount |
|---|---|---|---|
| 5/3/07 C | Pacer Service Charges from District Court for telephonic copies of documents from Court (4/09/07 -- 5/03/07) | 1<br>2.24 | 2.24 ✓ |
| 5/11/07 C | DHL charge for documents sent to Hayao Suehiro on 5/11/07 Inv#0028634040 | 1<br>41.13 | 41.13 ✓ |
| 5/31/07 C | Postage for May 2007. | 1<br>5.12 | 5.12 |
| C | Photocopies done in office for May 2007. | 79<br>0.20 | 15.80 |
| C | Courier runs for May 2007 | 1<br>5.00 | 5.00 |

Total costs
$133.22

Total amount of this bill
$133.22

Previous balance
$42.81

Balance due
$176.03

Attorney summary

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Michael D. Flynn | 47.70 | | |

√ = copy attached

To accept charges shown below, click on the 'View Document' button, otherwise click the 'Back' button on your browser.

| Pacer Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| Thu May 3 14:03:03 ChST 2007 | | | |
| Pacer Login: | vm0261 | Client Code: | Suehiro, Hayao |
| Description: | Image1-0 | Case Number: | 1:04-cv-00028 |
| Billable Pages: | 1 | Cost: | 0.08 |

[ View Document ]

Pacer Search charges —
4/09/07 = .08
4/09/07 = .08
4/09/07 = .08
4/09/07 = .24
4/09/07 = .32
4/09/07 = .24
4/09/07 = .08

5/03/07 = .08
5/03/07 = .40
5/03/07 = .56
5/03/07 = .08
_____
2.24    5/03/07
(part of 2.24)

https://ecf.gud.uscourts.gov/cgi-bin/show_case_doc?1,6085,0,MAGIC,0,1

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | TOTAL AMOUNT DUE | PAYMENT TERMS |
|---|---|---|---|---|
| 05/18/07 | 910439200 | 0028834040 | 78.18 | DUE UPON RECEIPT |

CUSTOMER:  VERNIER LAW OFFICE, GROUND FL GOV H FLORES
115 HESSLER PL, HAGATNA GU 96910-5004

| SENDER ADDRESS REFERENCE NUMBER | RECEIVER ADDRESS ZONE | WAYBILL SHIP DATE PCS/WT | SERVICE | BASE / DISCOUNT | CHARGES | TOTAL |
|---|---|---|---|---|---|---|
| 9030 | ZONE | | EXPRESS | | | 37.06 |
| TOTAL DESTINATION SERVICE CENTER WTC | | | | | | 37.06 |
| VERNIER LAM OFFICE GROUND FL GOV H FLORES HESSLER PL HAGATNA GU 96910-5004 9028 | SANKYO SEISAKUSHO TSUZUKI KU IKEBE CHO 3290 YOKOHAMA CITY JAPAN 224-0053 | 7460791262 05/11/07 1/ 1 | EXPRESS DOCUMENT FUEL SURCHARGE | | 36.40 4.73 | |
| (Hayao Sushino) | | | | | | 41.13 |
| TOTAL DESTINATION SERVICE CENTER YOH | | | | | | 41.13 |
| ORDER 910439200-1 | WTY 300 | | | 5/27/05 | 3 | |

---

**DHL** Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL *in USA only*  **INTERNATIONAL SHIPMENT** (Non-negotiable)  **WAYBILL**

PPI PPF

ORIGIN GUM

DESTINATION CODE YOH

**746 0791 262**

7460791262

**Payer account number and shipment value protection details**
Charge to ☑ Shipper ☐ Receiver ☐ 3rd Party
☐ Cash ☐ Check ☐ Credit Card
Account No. _____
Shipment Value Protection *(see reverse)*
Declared Value for Carriage (in US $) _____
*Not all payment options are available in all countries.*

**From (Shipper)**
Shipper's Account Number  910439200
Contact Name  Michael F. Flores Jr
Shipper's Reference (up to 35 characters)

Company Name
VERNIER YANZA FLYNN TINGLIN

GROUND FL GOV H FLORES
HESSLER PL
HAGATNA GU

City Code (required)  96910
Phone, Fax, or E-mail (required)  16781473-7559

**To (Receiver)**
Company Name  _____ CO. LTD.

Contact Person

Address DHL Cannot Deliver to a PO Box

Country

Phone, Fax, or E-mail (required)

City Code (required)

**4 Shipment Details**
Total number of packages  1
Total Weight  If DHL Express Document packaging used, enter XD. YD
Dimensions *(in inches)*
Pieces / Length x Width x Height

lbs

**5 Full Description of Contents**
Give Content and Quantity

5/11/07

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable)  Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) *(as on commercial/proforma invoice)*  Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER
TYPE OF EXPORT  ☐ Permanent  ☐ Repair/Return  ☐ Temporary
Destination Duties/Taxes  If left blank, Receiver pays duties/taxes.
☐ Receiver  ☐ Shipper  ☐ Other

**7 Shipper's Authorization (signature required)**
Signature (required) _____  Date 05/11/07

**8 Products & Services**
☐ International Express Envelope
☐ Non-Dutiable International Document Service
☐ Dutiable (Worldwide Priority Express)
☐ Other
Service Options *(extra charges may apply)*
☐ Saturday Delivery  ☐ Special Pickup
☐ Delivery Notification  ☐ Signature Required
☐ Other
Global Mail
☐ Intl. Priority  ☐ Intl. Standard  ☐ IPA  ☐ ISAL
☐ Dom. Priority  ☐ Dom. Standard
☐ Other
DIMENSIONAL/CHARGEABLE WEIGHT  lbs

| SERVICES | CHARGES |
|---|---|
| | |
| Drop Box # | TOTAL |
| TRANSPORT COLLECT STICKER No. | |

PAYMENT DETAILS (Check, Card No.)
No.:
Type:  Expires:
Auth.:
PICKED UP BY
Route No.
Time  Date

# MAHER · YANZA · FLYNN · TIMBLIN, LLP

John B. Maher
Louie J. Yanza

115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004
Telephone: (671) 477-7059
Facsimile: (671) 472-5487
Email: vernier@ite.net

Michael D. Flynn, Jr.
Terence E. Timblin

**Via Facsimile and Mail: 45-934-3931** *Did not fax fax*

July 12, 2007

Mr. Hayao Suehiro
Sankyo Seisakusho Co., Ltd.
Tsuzuki-ku, Ikebe Cho 3290
Yokohama City, Japan 224-0053

RE: **Invoice and Statement of Account**
   *Collection of Promissory Note dated February 18, 2003*

Dear Mr. Suehiro:

I have enclosed for your review and file, the current invoice as well as the current statement of account reflecting current work performed as well as current expenses incurred, for the month ending June 30, 2007.

Please note that this is a collection matter and fees are earned on amounts collected. The cost incurred during this process are due when billed and are not a part of the collection fees. The current amount due is $795.90 in cost for April, May, and June 2007.

Should you have any questions or concerns, please feel free to call me. Thank you for permitting us to handle this important legal matter for you.

Very truly yours,

MAHER·YANZA·FLYNN·TIMBLIN, LLP

Michael D. Flynn, Jr.

Enclosure

# Maher Yanza Flynn Timblin, LLP

115 Hesler Place
Gnd Fl, Gov Joseph Flores Bldg
Haganta GU 96910

Invoice submitted to:

June 30, 2007

**Mr. Hayao Suehiro**
**Sankyo Seisakusho Co., Ltd.**
**Tsuzuki-ku, Ikebe Cho 3290**
**Yokohama City, JAPAN 224-0053**

In Reference To: Collection of Promissory Note dated
February 18, 2003
Opened: 4/20/07
Invoice #18476

Professional services

|  | Hrs/Rate | Amount |
|---|---|---|
| 6/15/07 MDF Telecon with Suehiro-san's office; email with Tamio Clark | 0.30 | 0.00 |
| 6/22/07 MDF Telecon with Mr. Suehiro; email to Tamio Clark | 0.80 | 0.00 |
| 6/23/07 MDF Revisions to Pleadings | 1.00 | 0.00 |
| For professional services rendered | 2.10 | $0.00 |

Additional charges:

|  | | Amount |
|---|---|---|
| 6/1/07 C Westlaw research charges May 2007 | 1 63.82 | 63.82 |
| 6/26/07 C Filing fee for New Civil Case, paid with check #10327 to District Court of Guam | 1 350.00 | 350.00 ✓ |

√ = copy attached

Mr. Hayao Suehiro

| Date | | Description | | Amount |
|---|---|---|---|---|
| 6/27/07 | C | Process Service fees of Greg Hall Investigations, served Summons, Complaint, Motion for Order & Memorandum of Points on Robert Del Rosario & Melanie Del Rosario on 6/27/07 | 1<br>130.00 | 130.00 ✓ |
| 6/30/07 | C | Postage for June 07 mailings | 1<br>8.65 | 8.65 |
| | C | Photocopies done in office June 07 | 309<br>0.20 | 61.80 |
| | C | Long distance calls & faxes for May & June 07 | 1<br>5.60 | 5.60 |

Total costs     $619.87

Total amount of this bill     $619.87

Previous balance     $176.03

Balance due     $795.90

✓ = copy attached

**MAHER-YANZA-FLYNN-TIMBLIN, LLP**
**GENERAL ACCOUNT**
115 HESSLER PLACE
FIRST FLOOR, GOV. JOSEPH FLORES BLDG.
HAGATNA, GU 96910

CITIZEN    ITY BANK
P.O.   EO
HAGATNA, GU 96932

**10327**
101-521/1214
0

6/26/2007

PAY TO THE
ORDER OF   Clerk, District Court of Guam

**350.00

Three Hundred Fifty and 00/100***************************

Clerk, District Court of Guam
520 West Soledad Avenue
Hagatna, GU 96910

Filing Fee for New Civil Matter  re: Suehiro, Hay
MEMO

⑈0103 27⑈ ⑈121405212⑈ 0110⑈

HER-YANZA-FLYNN-TIMBLIN, LLP
NERAL ACCOUNT
           Clerk, District Court of Guam

Filing Fee for New Civil C
re:  Suehiro, Hayao

General Operating    Filing Fee for New Civil Matter  re: Suehiro,

RECEIPT FOR PAYMENT
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Rcpt#: 31730          Date: 6/26/2007
                      Time: 3:00:59 PM

Received From:
    MAHER-YANZA-FLYNN-TIMBLIN, LLP
    115 HESSLER PLACE
    FIRST FLOOR, GOV. JOSEPH FLORES BLDG.
    HAGATNA, GU 96910

=============================================

CV-07-00017
Suehiro v. Del Rosario et al
Party: Suehiro, Hayao
         Account                    Amount
-----------------------    -----------------
New Civil Cases, except Habeas
Corpus/Certiorari @1
    086400                         100.00
    086900                          60.00
    510000                         190.00

                           ==================
TOTAL DUE........:                 350.00
                           ==================
TENDERED.........:
    Check.........:                350.00
      #10327  101-521/1214
                           ------------------
TOTAL RECEIVED...:                 350.00
                           ------------------
CHANGE DUE                           0.00
          6/26/07

Checks and drafts are accepted subject
to collection and full credit will only
be given when the check or draft has
been accepted by the financial
institution on which it was drawn.

# GREG HALL INVESTIGATIONS
### Email:ghi@kuentos.guam.net

P.O. BOX 23964
BARRIGADA, GUAM 96921
Telephone: (671) 477-6000
Facsimile: (671) 477-6001
Cellular: (671) 483-1505

## INVOICE

### July 9, 2007

**VIA EMAIL**
Law Office of MAHER YANZA FLYNN TIMBLIN LLP
115 Hesler Place
Hagatna, Guam 96921

**RE: Hayao Suehiro V. Robert J. Del Rosario and Melanie Del Rosario**

| DATE | RATE | SERVICE PERFORMED | TIME /AMOUNT | |
|------|------|-------------------|------|------|
| 6/27/07 | 65 | Served: Robert Del Rosario | flat | 65.00 |
| 6/27/07 | 65 | Served: Melanie Del Rosario | flat | 65.00 |

## TOTAL AMOUNT DUE $130.00 ✔

The following documents were served on Robert & Melanie Del Rosario:

1. Summons;
2. Complaint;
3. Motion for Order for Preliminary Injunction; and
4. Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction.

# MAHER · YANZA · FLYNN · TIMBLIN, LLP

John B. Maher
Louie J. Yanza

115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004
Telephone: (671) 477-7059
Facsimile: (671) 472-5487
Email: vernier@ite.net

Michael D. Flynn, Jr.
Terence E. Timblin

**Via Facsimile and Mail: 45-934-3931** 011-81-45-934-3931    COPY

August 10, 2007

Mr. Hayao Suehiro
Sankyo Seisakusho Co., Ltd.
Tsuzuki-ku, Ikebe Cho 3290
Yokohama City, Japan 224-0053

RE:   **Invoice and Statement of Account**
      *Collection of Promissory Note dated February 18, 2003*

Dear Mr. Suehiro:

I have enclosed for your review and file, the current invoice as well as the current statement of account reflecting current work performed as well as current expenses incurred, for the month ending July 31, 2007.

Please note that this is a collection matter and fees are earned on amounts collected. The cost incurred during this process are due when billed and are not a part of the collection fees. The current amount due is $1,007.60 in cost for April, May, and June and July 2007.

Should you have any questions or concerns, please feel free to call me. Thank you for permitting us to handle this important legal matter for you.

Very truly yours,

**MAHER·YANZA·FLYNN·TIMBLIN, LLP**

Terence E. Timblin

Enclosure

# Maher Yanza Flynn Timblin, LLP

115 Hesler Place
Gnd Fl, Gov Joseph Flores Bldg
Haganta GU 96910

Invoice submitted to:                          July 31, 2007

**Mr. Hayao Suehiro**
**Sankyo Seisakusho Co., Ltd.**
**Tsuzuki-ku, Ikebe Cho 3290**
**Yokohama City, JAPAN  224-0053**



In Reference To: Collection of Promissory Note dated
February 18, 2003
Opened: 4/20/07
Invoice #18570

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/18/07 MDF | Email with David Ledger;  check FRCP Rule 55(a);  draft up Request for Default and Entry of Default;  revisions | 1.50 | 0.00 |
| 7/19/07 MDF | Review code and Wright & Miller on Rule 55;  emails with David Ledger;  review Complaint, Exhibits and draft up Affidavit and Request for Default Judgment;  draft Judgment | 2.20 | 0.00 |
| 7/23/07 MDF | Revisions to Affidavit;  follow up on Entry of Default | 0.80 | 0.00 |
| 7/24/07 MDF | UCC Search;  revisions to draft Affidavit and Judgment; Westlaw research on priority of attorney's lien vis-a-vis Suehiro's lien;  review Guam | 3.80 | 0.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

code on liens;  review Memorandum filed by Counsel for JAL;  telecon attorney's with Pro Se Defendants

| 7/25/07 MDF | Telecon with John Carlos regarding UCC, at Department of Revenue & Taxation, Insurance and Banking;  draft up Motion and Memorandum of points and Authorities;  revisions | 3.00 | 0.00 |
|---|---|---|---|

| For professional services rendered | 11.30 | $0.00 |
|---|---|---|

Additional charges:

| 7/23/07 C | Process Service Fees of Greg Hall, served upon Melanie Del Rosario & Robert Del Rosario, Plaintiff's Request for Entry of Default & Clerk's Entry of Default | 1 130.00 | 130.00 ✓ |
|---|---|---|---|
| 7/24/07 C | Filing fee of Form UCC-3 at Treasurer of Guam, paid via petty cash to Land Management | 1 10.00 | 10.00 ✓ |
| 7/31/07 C | Postage for July 2007 | 1 11.70 | 11.70 |
| C | Photocopies done in office July 07 | 275 0.20 | 55.00 |
| C | Courier runs for July 07 | 1 5.00 | 5.00 |

| Total costs | $211.70 |
|---|---|

| Total amount of this bill | $211.70 |
|---|---|

√ = copy attached

|                  | Amount |
| ---------------- | ------------- |
| Previous balance | $795.90 |
| Balance due      | $1,007.60 |

# GREG HALL INVESTIGATIONS
### Email:ghi@kuentos.guam.net

**P.O. BOX 23964**
**BARRIGADA, GUAM 96921**
Telephone: (671) 477-6000
Facsimile: (671) 477-6001
Cellular: (671) 483-1505

## INVOICE

### August 1, 2007

**VIA EMAIL**
Law Office of MAHER YANZA FLYNN TIMBLIN LLP
115 Hesler Place
Hagatna, Guam 96921

**RE: Hayao Suehiro V. Robert J. Del Rosario and Melanie Del Rosario**

| DATE | RATE | SERVICE PERFORMED | TIME | /AMOUNT |
|------|------|-------------------|------|---------|
| 7/23/07 | 65 | Served: Melanie Del Rosario | flat | 65.00 |
| 7/23/07 | 65 | Served: Robert Del Rosario | flat | 65.00 |

## TOTAL AMOUNT DUE $130.00 ✓

# MAHER · YANZA · FLYNN · TIMBLIN, LLP

John B. Maher
Louie J. Yanza

115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004
Telephone: (671) 477-7059
Facsimile: (671) 472-5487
Email: vernier@ite.net

Michael D. Flynn, Jr.
Terence E. Timblin

## PETTY CASH VOUCHER

DATE: 7/24/07

REQUESTED BY: MLG  ub

AMOUNT: 10

CASE MATTER: Svel

PURPOSE: Fil

Form VCC

Treasurer g

A99- 0067920

**FORM OFFICIAL RECEIPT**

GOVERNMENT OF GUAM
DEPARTMENT OF ADMINISTRATION
FINANCIAL MANAGEMENT DIVISION
P.O. BOX 884 HAGATNA GUAM 96932

DATE: 07-24-07
PAYOR: maher/yanza
ADDRESS: Law office

7/24/07

NOT VALID UNLESS OVERPRINTED BY OUR REGISTER/STAMP

### PAYMENT INFORMATION

| DESCRIPTION | RESERVED FOR ISSUING OFFICE: | | |
|---|---|---|---|
| | ACCOUNT NUMBER | AMOUNT | |
| Ucc 3 | 310 - 56917 | 10 | 00 |
| | | | |
| | | | |
| | PLEASE PAY TREASURER OF GUAM TOTAL DUE | 10 | 00 |

ISSUING OFFICE: NBR
AGENT: F. Portos

☑ CASH   ☐ CHECK: # _____   OTHER: _____

**TERRITORY OF GUAM**
**UNIFORM COMMERCIAL CODE—REQUEST FOR INFORMATION OR COPIES—FORM UCC-3**
**IMPORTANT—Read Instructions on back before completing form**

REQUEST FOR INFORMATION OR COPIES. Present in Duplicate to Filing Officer

1. [✓] INFORMATION REQUEST. Filing officer please furnish certificate showing whether there is on file any presently effective financing statement naming the Debtor listed below and any statement of assignment thereof, and if there is, giving the date and hour of filing of each such statement and the names and addresses of each secured party named therein.

1A. DEBTOR (LAST NAME FIRST): DEL ROSARIO, Robert J.

1B. SOC. SEC. OR FED. TAX NO.: 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

1C. MAILING ADDRESS: 110 Calamendo Loop, Liguan Terrace

1D. CITY, STATE: Dededo, Guam

1E. ZIP CODE: 96929

1F. Date July 24 2007 Signature of Requesting Party _Michael D. Flynn Jr. Attorney_

**2. CERTIFICATE:**

| FILE NUMBER | DATE AND HOUR OF FILING | NAME(S) AND ADDRESS(ES) OF SECURED PARTY(IES) AND ASSIGNEE(S), IF ANY |
|---|---|---|
| 27104 | APR 13, 2007 3:10 PM | HAYAO SUEHIRO - YOKOHAMA, JAPAN |
| | | |
| | | |
| | | |

The undersigned filing officer hereby certifies that the above listing is a record of all presently effective financing statements and statements of assignment which name the above debtor and which are on file in my office as of 7/24/2007 at 4:54 P M.

July 25, 2007 19____ (DATE) _Artemio B. Illagan_ (FILING OFFICER)

By: ____

[ ] COPY REQUEST. Filing officer please furnish _____ copy(ies) of each page of the following statements concerning the debtors listed below [ ] Financing Statement [ ] Amendments [ ] Statements of Assignment [ ] Continuation Statements [ ] Statement of Release [ ] Termination Statement [ ] All Statements on file.

| FILE NUMBER | DATE OF FILING | NAME(S) AND MAILING ADDRESS(ES) OF DEBTOR(S) | DEBTORS SOC. SEC. OR FED. TAX NO. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Date_____ 19____ Signature of Requesting Party_____

**CERTIFICATE:**

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all statements requested above.

_____ 19____ (DATE)      (FILING OFFICER)

By_____

**Mail Information or Copies to**

Michael D. Flynn, Jr., Esq.
MAHER YANZA FLYNN TIMBLIN, LLP
115 Hesler Pl., Ground Floor
Gov. Flores Building
Hagatna, Guam 96910-5004

Exhibit 5

Uniform Commercial Code—Form UCC-3
T-817 11-76 Guam

Case 1:07-cv-00017 Document 17 Filed 08/14/2007 Page 35 of 35