ANTONIO B. QUICHOCHO, JR.
PO BOX 20904
BARRIGADA, GUAM 96921
TEL: 671-898-5478


**FILED**
DISTRICT COURT OF GUAM

AUG 2 2 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

HAYAO SUEHIRO,

    Plaintiff,

vs.

ROBERT J. DEL ROSARIO and
MELANIE DEL ROSARIO,

    Defendant.
_____/

CIVIL CASE NO.: CV 07-00017

DECLARATION OF SERVICE

I, Antonio B. Quichocho, Jr. being eighteen(18) years of age or older, hereby state that on August 20, 2007 on or around 20:29 p.m., I caused Defendant(s) ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO to be served with the Documents listed below, by service at their residence located in 110 Calamendo Loop, Liguan Terrace Dededo, Guam 96929. The individual identified as one of the Defendant(s) namely MELANIE DEL ROSARIO, received documents listed below in this matter.

### DOCUMENTS SERVED

1. AMENDED AFFIDAVIT OF MICHAEL D. FLYNN, JR.; REQUEST FOR HEARING AND DEFAULT JUDGMENT, FILED ON AUGUST 14, 2007

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on 8-22-07.

                                                                       ANTONIO B. QUICHOCHO, JR.