CASE NO.: CV-07-00017          DATE: August 30, 2007
CAPTION: Suehiro -vs- Del Rosario

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley          Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 1:43:26 - 1:55:50
CSO: L. Ogo / P. Taijeron

---

**APPEARANCES:**

Counsel for Plaintiff(s)          Counsel for Defendant(s)
Michael D. Flynn                  Melanie Del Rosario - Pro Se

---

**PROCEEDINGS: Motion for Entry of Default Judgment**

- Motion granted.
- Order to be prepared by: Mr. Flynn.

NOTES: