Michael D. Flynn, Jr., Esq.
MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for HAYAO SUEHIRO

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| HAYAO SUEHIRO, | CIVIL CASE NO. CIV07-00017 |
| Plaintiff, | |
| vs. | |
| ROBERT J. DEL ROSARIO, MELANIE DEL ROSARIO, | JUDGMENT BY DEFAULT |
| Defendants. | |

The Defendants having failed to plead or otherwise defend, default having been entered and the claim being for a sum certain or for a sum which can by computation be made certain, judgment is hereby entered, pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), against the Defendants, jointly and severally, as follows:

1. Damages in the sum of $100,000.00;

2. Prejudgment interest of 1% per month, compounded monthly, from February 18, 2003 to May 15, 2007 (i.e., an amount totaling $64,354.63), and 2% per month, compounded monthly, from May 16, 2007 to the date of Judgment (i.e., an amount totaling $15,208.53 to August 30, 2007);

1

3. Attorney's fees of $16,640.00;

4. Costs of $1,007.60 in connection with the collection of the indebtedness on the Promissory Note;

5. Plaintiff is granted a security interest in any settlement funds deposited by Japan Airlines Co., Ltd. with the Clerk of Court in District Court of Guam, Civil Case No. CIV04-00028 subject to determination of an award of settling attorney's fees in such case;

6. The Clerk of Court is ordered to first and immediately pay the Plaintiff and attempt to fully satisfy the Defendant's indebtedness to Plaintiff by disbursing to Plaintiff any and all settlement funds deposited with the Clerk of Court under District Court of Guam, Civil Case No. CIV04-00028, immediately upon receiving said settlement funds after the issue concerning settling attorney's fees is settled and paid if appropriate;

7. Plaintiff is granted judgment against the Defendants, jointly and severally, for any deficiency in the settlement funds deposited with the Clerk of Court, under District Court of Guam, Civil Case No. CIV04-00028, should said settlement funds be insufficient to satisfy Robert J. Del Rosario's debt, plus interest, costs and reasonable attorney's fees; and

8. Costs of suit.

So Ordered.



/s/ **Frances M. Tydingco-Gatewood**
      **Chief Judge**
**Dated: Sep 06, 2007**