Michael D. Flynn, Jr., Esq.
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for HAYAO SUEHIRO

**FILED**
DISTRICT COURT OF GUAM

DEC 20 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| HAYAO SUEHIRO,<br><br>   Plaintiff,<br><br>  vs.<br><br>ROBERT J. DEL ROSARIO, MELANIE DEL ROSARIO,<br><br>   Defendants. | CIVIL CASE NO. CIV07-00017<br><br>DECLARATION OF COUNSEL IN SUPPORT OF WRIT OF EXECUTION |

I, **MICHAEL D. FLYNN, JR.**, hereby declare and state, as follows:

1.  I am an attorney with MAHER · YANZA · FLYNN · TIMBLIN, LLP, a limited liability partnership, counsel for Plaintiff HAYAO SUEHIRO ("SUEHIRO") in the above-referenced action, and duly licensed to practice before the above-entitled Court.

2.  Judgment by Default was obtained in this case in favor of Plaintiff SUEHIRO and against Defendants ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO on September 6, 2007, for the principal sum of $100,000.00; prejudgment interest of 1% per month, compounded monthly, from February 18, 2003 to May 15, 2007 (i.e., an amount

ORIGINAL

totaling $64,354.63), and 2% per month, compounded monthly, from May 16, 2007 to the date of Judgment (i.e., an amount totaling $15,208.53 to August 30, 2007); attorney's fees of $16,640.00; and costs of $1,007.60 in connection with the collection of the indebtedness on the Promissory Note.

3.  Judgment is presently due and owing as Defendants ROBERT J. DEL ROSARIO and MELANIE DEL ROSARIO, have not paid said sum or any of said sum, at all.

4.  Declarant believes it is in Plaintiff SUEHIRO's best interest to have a Writ of Execution issued at this time.

I declare under the penalty of perjury under the laws of the United States of America and Guam that the foregoing is true and correct.

Executed this 19th day of December, 2007, in Hagåtña, Guam.

MICHAEL D. FLYNN, JR.